OCT 19 2011

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN GLISSON and MATTHEW GLISSON,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN MEDICAL SYSTEMS, INC.,<br><br>Defendant. | CASE NO. 5:11-cv-11-04945-PSG<br><br>~~(Proposed)~~<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |

Henry G. Garrard III, whose business address and telephone number is Blasingame, Burch, Garrard & Ashley, P.C., P.O. Box 832, 440 College Avenue, Suite 320, Athens, Georgia; Phone (706) 354-4000

and who is an active member in good standing of the bar of Northern District of Georgia having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Jan Glisson and Matthew Glisson

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 11/7/2011

Paul S. Grewal
Paul Singh Grewal
United States Magistrate Judge