UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: AMERICAN MEDICAL SYSTEMS, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2325 |
| IN RE: BOSTON SCIENTIFIC CORP. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2326 |
| IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | MDL No. 2327 |

TRANSFER ORDER

**Before the Panel:**[*] Before the Panel are three dockets involving allegations of defects in various models of pelvic surgical mesh products manufactured by three groups of manufacturers.[1] Plaintiffs in almost twenty actions before the Panel have moved pursuant to 28 U.S.C. § 1407, to centralize all MDL No. 2325, MDL No. 2326, and MDL No. 2327 actions in the Southern District of West Virginia. In MDL No. 2325, defendant AMS has moved to centralize the MDL No. 2325 actions in the District of Minnesota or, alternatively, if the Panel deems centralization of three MDLs to be appropriate, suggests the Southern District of West Virginia as transferee district. This litigation currently consists of approximately150 actions spread across the country,[2] as listed on the attached schedules. The Panel has been notified of numerous additional potentially related actions.[3]

---

[*]       Judge W. Royal Furgeson, Jr. took no part in the decision of this matter.

[1]       American Medical Systems, Inc. and related entities (AMS); Boston Scientific Corp. (Boston Scientific); and Ethicon, Inc., Johnson & Johnson, and related entities (Ethicon).

[2]       Two additional actions were included in the MDL No. 2325 motion, and a third action was included in the motions to centralize MDL Nos. 2325 and 2327, but they have each been remanded to state court or voluntarily dismissed. An additional unrelated action inadvertently was included in the MDL No. 2327 Section 1407 motion, but movants have withdrawn that action from consideration on the motion.

[3]       These actions and any other related actions are potential tag-along actions. *See* Rules 1.1(h), 7.1, and 7.2.

-2-

Plaintiffs in over 100 actions and potentially related actions support centralization of all actions in the Southern District of West Virginia. Responding plaintiffs, alternatively or in the first instance, also have suggested other transferee districts for one or more of these MDLs, including the Eastern District of Louisiana, the Western District of Louisiana, the Eastern District of Pennsylvania, and the Northern District of California. Plaintiff in the District of New Jersey *Bienstock* action opposes centralization, and plaintiffs in the District of Nevada *Erwin* action request the Panel defer transferring their case until their motion for remand to state court is decided, but concede that if remand is denied, transfer is appropriate. Defendant Boston Scientific suggests centralization of the MDL No. 2326 actions in the Western District of Oklahoma or, if the Panel deems centralization of three MDLs in one district to be appropriate, supports the Southern District of West Virginia as transferee district. Defendant Ethicon suggests centralization of only the MDL No. 2327 actions in the District of New Jersey or, alternatively, the Northern District of Georgia.

Almost all parties agree that centralization of each of these separate MDLs is appropriate. The actions in each MDL share factual issues arising from allegations of defects in pelvic surgical mesh products manufactured by AMS, Boston Scientific, and Ethicon, respectively. Centralization therefore will eliminate duplicative discovery; prevent inconsistent pretrial rulings; and conserve the resources of the parties, their counsel and the judiciary. Moreover, centralization of each litigation is consistent with our decisions in *In re Mentor Corp. ObTape Transobturator Sling Products Liability Litigation*, MDL No. 2004, 588 F.Supp.2d 1374 (J.P.M.L. 2008); and *In re Avaulta Pelvic Support Systems Products Liability Litigation*, MDL No. 2187, 746 F.Supp.2d 1362 (J.P.M.L. 2010).

The central dispute among the parties is where each MDL should proceed. Most plaintiffs argue in favor of three MDLs proceeding in one district; namely, the Southern District of West Virginia. Defendants prefer centralization of each litigation in separate districts. We are persuaded that the Southern District of West Virginia is the most appropriate transferee forum for each of these MDLs. Chief Judge Joseph R. Goodwin of that district is currently presiding over MDL No. 2187, which involves claims of defects in similar pelvic surgical mesh products, and is uniquely situated to preside over the similar claims in these three MDLs. The pelvic surgical mesh products at issue in MDL Nos. 2325, 2326, and 2327 are used to treat similar conditions as those at issue in MDL No. 2187, and they have allegedly resulted in similar injuries. Almost all responding plaintiffs support centralization in this district, and defendants AMS and Boston Scientific concede that the Southern District of West Virginia is an appropriate transferee district. Finally, a number of these actions are brought by plaintiffs who were implanted with multiple products made by multiple manufacturers. Centralization of the three MDLs in one court will allow for coordination of any overlapping issues of fact in such multi-product, multi-defendant actions.[4]

---

[4]     The Panel has determined in consultation with the transferee judge to transfer actions involving multiple manufacturer defendants to the MDL involving the first named defendant in that action.

-3-

We will not delay transfer of the District of Nevada *Erwin* action. Plaintiffs can present their motion for remand to state court to the transferee court. *See, e.g., In re Ivy*, 901 F.2d 7 (2nd Cir. 1990); *In re Prudential Insurance Company of America Sales Practices Litigation*, 170 F.Supp.2d 1346, 1347-48 (J.P.M.L. 2001). We similarly decline to exclude the District of New Jersey *Bienstock* action from MDL No. 2327, as it shares questions of fact with the actions in that MDL and does not appear to be so far advanced that it would not benefit from centralized proceedings.

We decline to include three of the actions listed on the MDL No. 2325 motion in centralized proceedings, as listed on Schedule B. After the motions to centralize were filed, plaintiffs in the District of Minnesota *Flight* action amended their complaint to bring claims only against an unrelated manufacturer. AMS is no longer named in this action and, therefore, it appears that it does not belong in MDL No. 2325. Additionally, the Southern District of West Virginia *Culbertson* action that was included in the initial motion for centralization in MDL No. 2325 is currently a part of MDL No. 2187, as it involves claims against C.R. Bard, Inc. (Bard). In transferring the claims against Bard in October 2011, the Panel separated and remanded claims against AMS to the District of South Carolina. The claims involving AMS, therefore, are still pending in the District of South Carolina, not in the Southern District of West Virginia. We have determined, however, that it is beneficial in this litigation for a particular action involving claims against multiple manufacturers to remain whole and proceed as one action. Therefore, the Panel will place the remaining claims in the District of South Carolina *Culbertson* action on a conditional transfer order for MDL No. 2187 in due course. Finally, the Western District of Louisiana *Waldroup* action, which names Boston Scientific as its first defendant, is included in the MDL No. 2325 motion for centralization but not on the MDL No. 2326 motion for centralization. As we have determined to transfer such multi-product, multi-defendant actions to the MDL involving the first named defendant, the Panel will not transfer this action with the present order, but will instead place the action on a conditional transfer order in MDL No. 2326.

On the basis of the papers filed and hearing session held we find that the actions contained in each MDL involve common questions of fact, and that centralization of each of MDL No. 2325, 2326 and 2327 in the Southern District of West Virginia will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation.

IT IS THEREFORE ORDERED that the motions for centralization of MDL No. 2325, MDL No. 2326, and MDL No. 2327 in the Southern District of West Virginia are granted.

IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A, encompassing MDL No. 2325 actions involving AMS, are transferred to the Southern District of West Virginia and, with the consent of that court, assigned to the Honorable Joseph R. Goodwin for coordinated or consolidated pretrial proceedings.

IT IS FURTHER ORDERED that transfer under Section 1407 of the three actions listed on Schedule B is denied.

-4-

IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule C, encompassing MDL No. 2326 actions involving Boston Scientific, are transferred to the Southern District of West Virginia and, with the consent of that court, assigned to the Honorable Joseph R. Goodwin for coordinated or consolidated pretrial proceedings.

IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule D, encompassing MDL No. 2327 actions involving Ethicon, are transferred to the Southern District of West Virginia and, with the consent of that court, assigned to the Honorable Joseph R. Goodwin for coordinated or consolidated pretrial proceedings.

PANEL ON MULTIDISTRICT LITIGATION

_____
John G. Heyburn II
Chairman

Kathryn H. Vratil          Barbara S. Jones
Paul J. Barbadoro          Marjorie O. Rendell
Charles R. Breyer

A TRUE COPY CERTIFIED ON

FEB - 7 2012

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia
By _____ Deputy

**IN RE: AMERICAN MEDICAL SYSTEMS, INC.,**
**PELVIC REPAIR SYSTEM PRODUCTS**
**LIABILITY LITIGATION**                                    MDL No. 2325

## SCHEDULE A

Northern District of Alabama

Shannon Farr, et al. v. American Medical Systems, Inc., et al., C.A. No. 5:11-02767

District of Arizona

Kaylin Oldfather v. American Medical Systems, Inc., C.A. No. 2:11-02022

Central District of California

Jill Engledow v. Mentor Corporation, et al., C.A. No. 2:11-07391
Susan Galbreath, et al. v. Steve Seung Yil Koh, M.D., et al., C.A. No. 2:11-08387

Northern District of California

Ellen Ambroff, et al. v. American Medical Systems, Inc., C.A. No. 3:08-04289
Shellie Hill, et al. v. American Medical Systems, Inc., C.A. No. 3:11-04610
Judy Anna Winegardner, et al. v. American Medical Systems, Inc., C.A. No. 3:11-04611
Iona Metcalf, et al. v. American Medical Systems, Inc., C.A. No. 3:11-04612
Jenelle Hoover, et al. v. American Medical Systems, Inc., C.A. No. 3:11-04614
Kathleen Nichols-Gould, et al. v. American Medical Systems, Inc., C.A. No. 3:11-04616
Vicki Gray v. American Medical Systems, Inc., C.A. No. 3:11-04668
Kathleen Schmidt, et al. v. American Medical Systems, Inc., C.A. No. 3:11-04670
Francine Baia, et al. v. American Medical Systems, Inc., C.A. No. 3:11-04671
Summer Abrego v. American Medical Systems, Inc., C.A. No. 3:11-04672
Carole Chenoweth v. American Medical Systems, Inc., C.A. No. 3:11-05145
Patricia Hendricksen v. American Medical Systems, Inc., C.A. No. 3:11-05146
Sherry Maloney v. American Medical Systems, Inc., C.A. No. 3:11-05312
Lisa Roddy, et al. v. American Medical Systems, Inc., C.A. No. 4:11-03970
Michelle Arsenault v. American Medical Systems, Inc., C.A. No. 4:11-04343
Susan Petkovich, et al. v. American Medical Systems, Inc., C.A. No. 4:11-04613
Letitia Greene-Newton, et al. v. American Medical Systems, Inc. C.A. No. 4:11-04615
Veda Lester v. American Medical Systems, Inc., C.A. No. 4:11-04669
April Stevens v. American Medical Systems, Inc., C.A. No. 4:11-05143
Joette Boone, et al. v. American Medical Systems, Inc., et al., C.A. No. 4:11-05144
Cindy Wyatt, et al. v. American Medical Systems, Inc., C.A. No. 4:11-05147
Jan Glisson, et al. v. American Medical Systems, Inc., C.A. No. 5:11-04945
Ramona Foley, et al. v. American Medical Systems, Inc., C.A. No. 5:11-05014

- 2 -

**MDL No. 2325 Schedule A (Continued)**

### District of Delaware

Cathy Hoppe v. American Medical Systems, Inc., et al., C.A. No. 1:11-01012

### District of District of Columbia

Deborah Tedford v. American Medical Systems, Inc., C.A. No. 1:11-01472

### Northern District of Florida

Carolyn Finlay v. American Medical Systems, Inc., C.A. No. 3:11-00507

### Northern District of Georgia

Kimberly Williams v. American Medical Systems, Inc., et al., C.A. No. 1:11-02782
Cynthia Daniel, et al. v. American Medical Systems, Inc., C.A. No. 1:11-03261
Holly Johnson, et al. v. American Medical Systems, Inc., C.A. No. 1:11-03925
Patricia Ledford, et al. v. American Medical Systems, Inc., C.A. No. 1:11-03926
Lynn Pope, et al. v. American Medical Systems, Inc., C.A. No. 1:11-03928
Laurie Schultz v. American Medical Systems, Inc., C.A. No. 1:11-03929
Sonya Waren, et al. v. American Medical Systems, Inc., C.A. No. 2:11-00310
Tammy Powell, et al. v. American Medical Systems, Inc., C.A. No. 3:11-00159
Maritza Reneau, et al. v. American Medical Systems, Inc., C.A. No. 3:11-00180

### Western District of Louisiana

Patsy J. Brandao, et al. v. American Medical Systems Holdings Inc., et al.,
  C.A. No. 5:11-01767
JoAnn B. Pickard v. American Medical Systems Inc., et al., C.A. No. 5:11-01845

### District of Maryland

Robin Dahl v. American Medical Systems, Inc., C.A. No. 1:11-02925

### District of Minnesota

Amy Wells, et al. v. American Medical Systems, Inc., C.A. No. 0:11-02141
Bobbie Fearn, et al. v. American Medical Systems, Inc., C.A. No. 0:11-02502
JoAnn Hill v. American Medical Systems, Inc., C.A. No. 0:11-02589

**MDL No. 2325 Schedule A (Continued)**

<u>District of Nevada</u>

Carol S. Austin-Fink v. American Medical Systems, Inc., C.A. No. 2:09-01981
Connie Erwin, et al. v. American Medical Systems, Inc., et al., C.A. No. 2:11-01475
Debra Grumbles v. American Medical Systems, Inc., C.A. No. 2:11-01582

<u>Middle District of North Carolina</u>

Tamara Tucker, et al. v. American Medical Systems, Inc., et al., C.A. No. 1:11-00974

<u>Western District of Oklahoma</u>

Lisa Berry v. American Medical Systems, Inc., et al., C.A. No. 5:11-00748
Tina Gordon v. American Medical Systems Holdings Inc., et al., C.A. No. 5:11-01259
Jennifer Gaines, et al. v. American Medical Systems, Inc., C.A. No. 5:11-01299

<u>Eastern District of Pennsylvania</u>

Paulette Lewis v. American Medical Systems, Inc., C.A. No. 2:11-05445
Kathleen Craig, et al. v. American Medical Systems, Inc., C.A. No. 2:11-05462
Linda Osman, et al. v. American Medical Systems, Inc., C.A. No. 2:11-05465
Helga White v. American Medical Systems, Inc., et al., C.A. No. 2:11-05520
Jennifer Heiser v. Endo Pharmaceuticals, C.A. No. 2:11-06651
Maggie McEwan, et al. v. Endo Pharmaceuticals, C.A. No. 2:11-06652
Kathleen Kenton, et al. v. Endo Pharmaceuticals, C.A. No.  2:11-06653
Bernella Meche v. Endo Pharmaceuticals, C.A. No. 2:11-06654
Holli Allen, et al. v. Endo Pharmaceuticals, C.A. No. 2:11-06655
Mary Howard, et al. v. Endo Pharmaceuticals, C.A. No. 2:11-06656
Joann Cosma, et al. v. Endo Pharmaceuticals, C.A. No. 2:11-06657
Evelyn Bonilla, et al. v. Endo Pharmaceuticals, C.A. No. 2:11-06658
Jane Mixon, et al. v. Endo Pharmaceuticals, C.A. No. 2:11-06659
Helen Reaves v. Endo Pharmaceuticals, C.A. No. 2:11-06660
Mary Smith, et al. v. Endo Pharmaceuticals, C.A. No. 2:11-06661
Joann Fosbenner, et al. v. Endo Pharmaceuticals, C.A. No. 2:11-06662
Marie Quigley, et al. v. Endo Pharmaceuticals, C.A. No. 2:11-06663
April Perdue, et al. v. Endo Pharmaceuticals, C.A. No. 2:11-06664
Valinda Aumiller v. Endo Pharmaceuticals, et al., C.A. No. 2:11-06804
Gina Kolar v. Endo Pharmaceuticals, et al., C.A. No. 2:11-06805

**MDL No. 2325 Schedule A (Continued)**

<u>Eastern District of Pennsylvania</u> (Continued)

Candace Lyons v. Endo Pharmaceuticals, et al., C.A. No. 2:11-06806
Gearal Moneypenny, et al. v. Endo Pharmaceuticals, et al., C.A. No. 2:11-06807
Susan Cox v. Endo Pharmaceuticals, et al., C.A. No. 2:11-06808
Katherine Simmons v. Endo Pharmaceuticals, et al., C.A. No. 2:11-06809
Kaci Mitchell v. Endo Pharmaceuticals, C.A. No. 2:11-07131
Joycebeth Stoutamire v. Endo Pharmaceuticals, C.A. No. 2:11-07134
Gidget Crossett v. Endo Pharmaceuticals, C.A. No. 2:11-07135

<u>Western District of Texas</u>

Sandra Colon v. American Medical Systems, Inc., C.A. No. 1:11-00872

<u>District of Utah</u>

Jeanne Kramer, et al. v. American Medical Systems, Inc., C.A. No. 2:11-01004

<u>Western District of Washington</u>

Diane Horton, et al. v. American Medical Systems, Inc., et al., C.A. No. 3:11-05780

<u>Southern District of West Virginia</u>

Jessica Swaim, et al. v. American Medical Systems, Inc., et al., C.A. No. 2:11-00827
Virginia Johnson, et al. v. American Medical Systems, Inc., C.A. No. 2:11-00933

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION                                            MDL No. 2325

**SCHEDULE B**
**ACTIONS FOR WHICH TRANSFER IS DENIED**

<u>Western District of Louisiana</u>

Bette G. Waldroup, et al. v. Boston Scientific Corp., et al., C.A. No. 3:11-01854

<u>District of Minnesota</u>

Marsha Flight, et al. v. American Medical Systems, Inc., et al., C.A. No. 0:11-01761

<u>Southern District of West Virginia</u>

Fronde Culbertson, et al. v. C. R. Bard, Inc., et al., C.A. No. 2:11-00796

IN RE: BOSTON SCIENTIFIC CORP.
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION                                    MDL No. 2326

## SCHEDULE C

### Middle District of Alabama

Kimberly Barber, et al. v. Boston Scientific Corp., C.A. No. 2:11-00952

### Northern District of Alabama

Anna Buchanan, et al. v. Boston Scientific Corp., C.A. No. 2:11-03946
Mary Nalley, et al. v. Boston Scientific Corp., C.A. No. 4:11-03521
Ava Kirkpatrick v. Boston Scientific Corp., C.A. No. 5:11-03759

### District of Arizona

Catherine A. Avent v. Boston Scientific Corp., C.A. No. 2:11-02280

### Central District of California

Sherry Herkal v. Boston Scientific Corp., et al., C.A. No. 2:11-08678

### Northern District of California

Michelle Spence, et al. v. Boston Scientific Corp., C.A. No. 3:11-04961

### Southern District of Florida

Marta Iglesias, et al. v. Boston Scientific Corp., C.A. No. 1:11-24263

### Northern District of Georgia

Tami Goodson v. Boston Scientific Corp., C.A. No. 1:11-03023
Geraldine Bailey, et al. v. Boston Scientific Corp., C.A. No. 1:11-03981
Nicole Preston, et al. v. Boston Scientific Corp., C.A. No. 1:11-03982

### Western District of Louisiana

Minnie V. Mann v. Boston Scientific Corp., C.A. No. 3:11-01785
Anita M. Jolly, et al. v. Boston Scientific Corp., C.A. No. 3:11-01871
Amanda Powell, et al. v. Boston Scientific Corp., C.A. No. 3:11-01876

- 2 -

**MDL No. 2326 Schedule C (Continued)**

<u>Western District of Louisiana</u> (Continued)

Nancy K. Williams v. Boston Scientific Corp., et al., C.A. No. 3:11-01938
Karen S. Weller v. Boston Scientific Corp., C.A. No. 5:11-01696

<u>Western District of North Carolina</u>

Patsy Meadows, et al. v. Boston Scientific Corp., C.A. No. 5:11-00143

<u>Western District of Oklahoma</u>

Terre Hammonds v. Boston Scientific, Inc., C.A. No. 5:11-00663

<u>District of South Carolina</u>

Donna Beatty, et al. v. Boston Scientific Corp., C.A. No. 2:11-03147
Lisa Daniels v. Boston Scientific Corp., C.A. No. 3:11-02849

<u>Middle District of Tennessee</u>

Tammy L. Kennamore v. Boston Scientific Corp., C.A. No. 3:11-01064

<u>Western District of Texas</u>

Leona Webb, et al. v. Boston Scientific Corp., C.A. No. 1:11-00873 )

<u>Southern District of West Virginia</u>

Brenda Moyer, et al. v. Boston Scientific Corp., C.A. No. 2:11-00810

IN RE: ETHICON, INC., PELVIC
REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION                                    MDL No. 2327

## SCHEDULE D

### Northern District of Florida

Barbara Dykes v. Ethicon, Inc., et al., C.A. No. 3:11-00564

### Southern District of Florida

Susan Thaman, et al. v. Ethicon, Inc., C.A. No. 2:11-14390

### Middle District of Georgia

Amy Holland, et al. v. Johnson & Johnson, et al., C.A. No. 3:11-00135
Carrie Smith v. Ethicon, Inc., et al., C.A. No. 5:11-00467

### Northern District of Georgia

Iris Geraldine Carr, et al. v. Ethicon, Inc., et al., C.A. No. 1:11-02217
Cathy Warlick, et al. v. Ethicon, Inc., et al., C.A. No. 1:11-02758
Doris Jackson v. Johnson & Johnson, et al., C.A. No. 1:11-03903
Quillan Garnett, et al. v. Johnson & Johnson, et al., C.A. No. 1:11-03904
Kathy Barton v. Gynecare, Inc., et al., C.A. No. 3:11-00176

### Southern District of Georgia

Mary Luellen Kilday, et al. v. Johnson & Johnson, et al., C.A. No. 4:11-00286
Janice Swaney v. Johnson & Johnson, et al., C.A. No.4:11-00287
Mary F. Cone v. Ethicon, Inc., et al., C.A. No. 5:11-00110

### District of Kansas

Joy Essman, et al. v. Ethicon, Inc., et al., C.A. No. 2:11-02595

### Eastern District of Louisiana

Linda B. Ryan v. Johnson & Johnson, Inc., et al., C.A. No. 2:11-02751

### Western District of Louisiana

Teri Key Shively, et al. v. Johnson & Johnson, et al., C.A. No. 3:11-00362
Terrie S. Gregory, et al. v. Johnson & Johnson Inc., et al., C.A. No. 3:11-01768

- 2 -

**MDL No. 2327 Schedule A (Continued)**

<u>Western District of Louisiana</u> (Continued)

Tina Morrow, et al. v. Johnson & Johnson Inc., et al., C.A. No. 3:11-01866
Susan C. Hayes, et al. v. Johnson & Johnson Inc., et al., C.A. No. 3:11-01897
Charlene Logan Taylor v. Johnson & Johnson Inc., et al., C.A. No. 5:11-01894
Shirley Carroll, et al. v. Johnson & Johnson Inc., et al., C.A. No. 5:11-01937

<u>Southern District of Mississippi</u>

Polly Middlebrook v. Ethicon, Inc., C.A. No. 4:11-00169

<u>Western District of Missouri</u>

Sandra L. Woolfe v. Ethicon, Inc., et al., C.A. No. 4:11-01040

<u>District of New Jersey</u>

Caryn Bienstock v. Ethicon, Inc., et al., C.A. No. 3:11-04080

<u>Northern District of New York</u>

Kathleen Wolfe v. Ethicon, Inc., C.A. No.  6:11-00180

<u>Northern District of Ohio</u>

Judy White, et al. v. Ethicon, Inc., et al., C.A. No. 1:11-01562
Joann Heather, et al. v. Ethicon, Inc., et al., C.A. No. 5:11-02012

<u>Southern District of Ohio</u>

Sharon Boggs, et al. v. Ethicon, Inc., C.A. No. 1:11-00516

<u>Eastern District of Pennsylvania</u>

Joanna Jacobson v. Ethicon, Inc., C.A. No. 2:11-05591
Rose Gomez, et al. v. Ethicon, Inc., C.A. No. 2:11-05625
Amanda Deleon, et al. v. Ethicon, Inc., C.A. No. 5:11-05538

- 3 -

**MDL No. 2327 Schedule A (Continued)**

Western District of Pennsylvania

Deborah A. Smith v. Ethicon, Inc., C.A. No. 1:11-00279

District of South Carolina

Charlotte Hargrove v. Johnson & Johnson, et al., C.A. No. 2:11-03242

Eastern District of Tennessee

Helen Brown, et al. v. Johnson & Johnson, et al., C.A. No. 3:11-00483

District of Utah

Carol Dimock v. Ethicon, Inc., et al., C.A. No. 2:11-01048

Western District of Washington

Dawna Hankins v Ethicon, Inc., C.A. No. 2:11-01635

Southern District of West Virginia

Wilma Johnson v. Ethicon, Inc., C.A. No. 2:11-00809

Eastern District of Wisconsin

Deborah Lozano, et al. v. Ethicon, Inc., C.A. No. 2:11-00836



Activity in Case MDL No. 2325 IN RE: American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation Initial Transfer Order (Transferee Clerk)

JPMLCMECF  to:  JPMLCMDECF                                      02/07/2012 02:26 PM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

## United States

### United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 2/7/2012 at 2:26 PM EST and filed on 2/7/2012

| | |
|---|---|
| **Case Name:** | IN RE: American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2325 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

## MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Hill et al v. American Medical Systems, Inc. |
| **Case Number:** | CAN/3:11-cv-04610 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | COSMA, ET AL. v. ENDO PHARMACEUTICALS |
| **Case Number:** | PAE/2:11-cv-06657 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee

district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Schmidt et al v. American Medical Systems, Inc. |
| **Case Number:** | CAN/3:11-cv-04670 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Gordon v. American Medical Systems Holdings Inc et al |
| **Case Number:** | OKW/5:11-cv-01259 |
| **Filer:** | |

**Document Number:**   No document attached

**Docket Text:**
\*\*\*TEXT ONLY ENTRY\*\*\*

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

**Case Name:**   Arsenault v. American Medical Systems

**Case Number:**   <u>CAN/4:11-cv-04343</u>
**Filer:**
**Document Number:**   No document attached

**Docket Text:**
\*\*\*TEXT ONLY ENTRY\*\*\*

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant

information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | MCEWAN et al v. ENDO PHARMACEUTICALS |
| **Case Number:** | PAE/2:11-cv-06652 |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | AUMILLER v. ENDO PHARMACEUTICALS et al |
| **Case Number:** | PAE/2:11-cv-06804 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Kramer et al v. American Medical Systems |
| **Case Number:** | UT/2:11-cv-01004 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case

**Management: A Guide for Multidistrict Litigation Transferee Court Clerks** and the **District Court Clerks Manual - Multidistrict Litigation - Chapter 11**.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | LEWIS v. AMERICAN MEDICAL SYSTEMS, INC. |
| **Case Number:** | PAE/2:11-cv-05445 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Austin-Fink v. American Medical Systems, Inc. |
| **Case Number:** | NV/2:09-cv-01981 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Farr et al v. American Medical Systems, Inc. et al |
| **Case Number:** | ALN/5:11-cv-02767 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Jill Engledow v. Mentor Corporation et al |
| **Case Number:** | CAC/2:11-cv-07391 |
| **Filer:** | |
| | **WARNING: CASE CLOSED on 11/22/2011** |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Reneau et al v. American Medical Systems, Inc. |
| **Case Number:** | GAN/3:11-cv-00180 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | OSMAN et al v. AMERICAN MEDICAL SYSTEMS, INC. |
| **Case Number:** | PAE/2:11-cv-05465 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
\*\*\*TEXT ONLY ENTRY\*\*\*

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Dahl v. American Medical Systems, Inc. |
| **Case Number:** | MD/1:11-cv-02925 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | ALLEN et al v. ENDO PHARMACEUTICALS |
| **Case Number:** | PAE/2:11-cv-06655 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Johnson et al v. American Medical Systems, Inc. |
| **Case Number:** | <u>GAN/1:11-cv-03925</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
\*\*\*TEXT ONLY ENTRY\*\*\*

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | PERDUE et al v. ENDO PHARMACEUTICALS |
| **Case Number:** | PAE/2:11-cv-06664 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Grumbles v. American Medical Systems, Inc. |
| **Case Number:** | NV/2:11-cv-01582 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to

your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Chenoweth v. American Medical Systems, Inc. |
| **Case Number:** | <u>CAN/3:11-cv-05145</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

Maloney v. American Medical Systems,

| | |
|---|---|
| **Case Name:** | Inc. |
| **Case Number:** | CAN/3:11-cv-05312 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Cathy Hoppe v. American Medical Systems Inc et al |
| **Case Number:** | DE/1:11-cv-01012 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee

district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| Case Name: | Gaines et al v. American Medical Systems Inc |
| Case Number: | OKW/5:11-cv-01299 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| Case Name: | Ledford et al v. American Medical Systems, Inc. |
| Case Number: | GAN/1:11-cv-03926 |
| Filer: | |

**Document Number:**  No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

**Case Name:**  Susan Galbreath et al v. Steve Seung Yil Koh, MD et al

**Case Number:**  CAC/2:11-cv-08387
**Filer:**

**Document Number:**  No document attached

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant

information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Boone et al v. American Medical Systems, Inc. et al |
| **Case Number:** | <u>CAN/4:11-cv-05144</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | SIMMONS v. ENDO PHARMACEUTICALS et al |
| **Case Number:** | <u>PAE/2:11-cv-06809</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

## MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| Case Name: | Winegardner et al v. American Medical Systems, Inc. |
| Case Number: | CAN/3:11-cv-04611 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

## MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case

Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| Case Name: | Schultz v. American Medical Systems, Inc. |
| Case Number: | GAN/1:11-cv-03929 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| Case Name: | Petkovich et al v. American Medical Systems, Inc. |
| Case Number: | CAN/4:11-cv-04613 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | LYONS v. ENDO PHARMACEUTICALS et al |
| **Case Number:** | PAE/2:11-cv-06806 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | WHITE v. AMERICAN MEDICAL SYSTEMS, INC. et al |
| **Case Number:** | <u>PAE/2:11-cv-05520</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Brandao et al v. American Medical Systems Holdings Inc et al |
| **Case Number:** | <u>LAW/5:11-cv-01767</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| Case Name: | Foley et al v. American Medical Systems, Inc. |
| Case Number: | <u>CAN/5:11-cv-05014</u> |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Roddy et al v. American Medical Systems, Inc. |
| **Case Number:** | CAN/4:11-cv-03970 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | TEDFORD v. AMERICAN MEDICAL SYSTEMS, INC. |
| **Case Number:** | DC/1:11-cv-01472 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to

your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Nichols-Gould et al v. American Medical Systems, Inc. |
| **Case Number:** | CAN/3:11-cv-04616 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

FINLAY v. AMERICAN MEDICAL SYSTEMS

**Case Name:** INC

**Case Number:** FLN/3:11-cv-00507

**Filer:**

**Document Number:** No document attached

**Docket Text:**
\*\*\*TEXT ONLY ENTRY\*\*\*

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

**Case Name:** CROSSETT v. ENDO PHARMACEUTICALS

**Case Number:** PAE/2:11-cv-07135

**Filer:**

**WARNING: CASE CLOSED on 11/17/2011**

**Document Number:** No document attached

**Docket Text:**
\*\*\*TEXT ONLY ENTRY\*\*\*

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28

U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | MECHE v. ENDO PHARMACEUTICALS |
| **Case Number:** | PAE/2:11-cv-06654 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Pickard v. American Medical Systems Inc et al |
| **Case Number:** | LAW/5:11-cv-01845 |

**Filer:**

**Document Number:**    No document attached

**Docket Text:**
\*\*\*TEXT ONLY ENTRY\*\*\*

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

**Case Name:**    Baia et al v. American Medical Systems, Inc.

**Case Number:**   <u>CAN/3:11-cv-04671</u>

**Filer:**

**Document Number:**    No document attached

**Docket Text:**
\*\*\*TEXT ONLY ENTRY\*\*\*

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u>

page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Oldfather v. American Medical Systems Incorporated |
| **Case Number:** | <u>AZ/2:11-cv-02022</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Metcalf et al v. American Medical Systems, Inc. |
| **Case Number:** | <u>CAN/3:11-cv-04612</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| Case Name: | Gray v. American Medical Systems, Inc. |
|---|---|
| Case Number: | CAN/3:11-cv-04668 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case

**Management: A Guide for Multidistrict Litigation Transferee Court Clerks** and the **District Court Clerks Manual - Multidistrict Litigation - Chapter 11**.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Erwin et al v. American Medical Systems, Inc. et al |
| **Case Number:** | NV/2:11-cv-01475 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Waren et al v. American Medical Systems, Inc. |
| **Case Number:** | GAN/2:11-cv-00310 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | CRAIG et al v. AMERICAN MEDICAL SYSTEMS, INC. |
| **Case Number:** | PAE/2:11-cv-05462 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Abrego v. American Medical Systems, Inc. |
| **Case Number:** | CAN/3:11-cv-04672 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | REAVES v. ENDO PHARMACEUTICALS |
| **Case Number:** | PAE/2:11-cv-06660 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | TUCKER, et al v. AMERICAN MEDICAL SYSTEMS, INC., et al |
| **Case Number:** | NCM/1:11-cv-00974 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Daniel et al v. American Medical Systems, Inc. |
| **Case Number:** | GAN/1:11-cv-03261 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Greene-Newton et al v. American Medical Systems, Inc. |
| **Case Number:** | CAN/4:11-cv-04615 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to

your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Lester v. American Medical Systems, Inc. |
| **Case Number:** | <u>CAN/4:11-cv-04669</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

Pope et al v. American Medical Systems,

| | |
|---|---|
| **Case Name:** | Inc. |
| **Case Number:** | GAN/1:11-cv-03928 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
\*\*\*TEXT ONLY ENTRY\*\*\*

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Wells et al v. American Medical Systems, Inc. |
| **Case Number:** | MN/0:11-cv-02141 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
\*\*\*TEXT ONLY ENTRY\*\*\*

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee

district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | KOLAR v. ENDO PHARMACEUTICALS et al |
| **Case Number:** | <u>PAE/2:11-cv-06805</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Berry v. American Medical Systems Inc et al |
| **Case Number:** | <u>OKW/5:11-cv-00748</u> |
| **Filer:** | |

**Document Number:**           No document attached

**Docket Text:**
\*\*\*TEXT ONLY ENTRY\*\*\*

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

**Case Name:**           BONILLA et al v. ENDO PHARMACEUTICALS
**Case Number:**         PAE/2:11-cv-06658
**Filer:**
**Document Number:**     No document attached

**Docket Text:**
\*\*\*TEXT ONLY ENTRY\*\*\*

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant

information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| Case Name: | QUIGLEY et al v. ENDO PHARMACEUTICALS |
| Case Number: | PAE/2:11-cv-06663 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| Case Name: | Hendricksen v. American Medical Systems, Inc. |
| Case Number: | CAN/3:11-cv-05146 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to
your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, states...An order to transfer or remand pursuant to 28
U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee
district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u>
page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant
information pertaining to transfer of files and termination and remand of
transferred actions; and publications such as the <u>Ten Steps To Better Case</u>
<u>Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the
<u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| Case Name: | COX v. ENDO PHARMACEUTICALS et al |
| Case Number: | <u>PAE/2:11-cv-06808</u> |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to
your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on
Multidistrict Litigation, states...An order to transfer or remand pursuant to 28
U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee
district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u>
page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant
information pertaining to transfer of files and termination and remand of
transferred actions; and publications such as the <u>Ten Steps To Better Case</u>

Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| Case Name: | Hill v. American Medical Systems, Inc. |
| Case Number: | MN/0:11-cv-02589 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| Case Name: | FOSBENNER et al v. ENDO PHARMACEUTICALS |
| Case Number: | PAE/2:11-cv-06662 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Williams v. American Medical Systems, Inc. et al |
| **Case Number:** | <u>GAN/1:11-cv-02782</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | MONEYPENNY et al v. ENDO PHARMACEUTICALS et al |
| **Case Number:** | PAE/2:11-cv-06807 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Colon v. American Medical Systems, Inc. |
| **Case Number:** | TXW/1:11-cv-00872 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | HOWARD et al v. ENDO PHARMACEUTICALS |
| **Case Number:** | <u>PAE/2:11-cv-06656</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Hoover et al v. American Medical Systems, Inc. |
| **Case Number:** | CAN/3:11-cv-04614 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | MITCHELL v. ENDO PHARMACEUTICALS |
| **Case Number:** | PAE/2:11-cv-07131 |
| **Filer:** | |
| **WARNING: CASE CLOSED on 11/17/2011** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | STOUTAMIRE v. ENDO PHARMACEUTICALS |
| **Case Number:** | PAE/2:11-cv-07134 |
| **Filer:** | |
| **WARNING: CASE CLOSED on 11/17/2011** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | SMITH et al v. ENDO PHARMACEUTICALS |
| **Case Number:** | PAE/2:11-cv-06661 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
\*\*\*TEXT ONLY ENTRY\*\*\*

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Ambroff et al v. American Medical Systems, Inc. |
| **Case Number:** | CAN/3:08-cv-04289 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
\*\*\*TEXT ONLY ENTRY\*\*\*

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to

your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Fearn et al v. American Medical Systems, Inc. |
| **Case Number:** | MN/0:11-cv-02502 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

Horton et al v. American Medical Systems Inc

| | |
|---|---|
| **Case Name:** | et al |
| **Case Number:** | WAW/3:11-cv-05780 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
\*\*\*TEXT ONLY ENTRY\*\*\*

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Powell et al v. American Medical Systems, Inc. |
| **Case Number:** | GAN/3:11-cv-00159 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
\*\*\*TEXT ONLY ENTRY\*\*\*

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee

district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| Case Name: | Glisson et al v. American Medical Systems, Inc. |
| Case Number: | CAN/5:11-cv-04945 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| Case Name: | HEISER v. ENDO PHARMACEUTICALS |
| Case Number: | PAE/2:11-cv-06651 |
| Filer: | |

**Document Number:**     No document attached

**Docket Text:**
\*\*\*TEXT ONLY ENTRY\*\*\*

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

**Case Name:**     Stevens v. American Medical Systems, Inc.

**Case Number:**     <u>CAN/4:11-cv-05143</u>

**Filer:**

**Document Number:**     No document attached

**Docket Text:**
\*\*\*TEXT ONLY ENTRY\*\*\*

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant

information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Wyatt et al v. American Medical Systems, Inc. |
| **Case Number:** | CAN/4:11-cv-05147 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | MIXON et al v. ENDO PHARMACEUTICALS |
| **Case Number:** | PAE/2:11-cv-06659 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

## MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks</u> and the <u>District Court Clerks Manual - Multidistrict Litigation - Chapter 11</u>.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | KENTON et al v. ENDO PHARMACEUTICALS |
| **Case Number:** | <u>PAE/2:11-cv-06653</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

## MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the <u>Clerk Resources</u> page of the Panel website including: a <u>Letter to Transferee Clerks</u> with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the <u>Ten Steps To Better Case </u>

Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

Signed by Clerk of the Panel Jeffery N. Luthi on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

No public notice (electronic or otherwise) sent because the entry is private

Activity in Case MDL No. 2325 IN RE: American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation
JPMLCMECF
to:
JPMLCMDECF
02/07/2012 02:23 PM
Show Details

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.

**United States**

**United States Judicial Panel on Multidistrict Litigation**

**Notice of Electronic Filing**

The following transaction was entered on 2/7/2012 at 2:19 PM EST and filed on 2/7/2012

| | |
|---|---|
| **Case Name:** | IN RE: American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation |
| **Case Number:** | <u>MDL No. 2325</u> |
| **Filer:** | |
| **Document Number:** | <u>120</u> |

**Docket Text:**
**TRANSFER ORDER** *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-*

00827), ([1] in MDL No. 2325), ([4] in MDL No. 2325) Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

Case Name:        Hill et al v. American Medical Systems, Inc.
Case Number:      CAN/3:11-cv-04610
Filer:
Document Number: 47

Docket Text:
TRANSFER ORDER re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

Case Name:        COSMA, ET AL. v. ENDO PHARMACEUTICALS
Case Number:      PAE/2:11-cv-06657
Filer:
Document Number: 51

**Docket Text:**
TRANSFER ORDER re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Schmidt et al v. American Medical Systems, Inc. |
| **Case Number:** | CAN/3:11-cv-04670 |
| **Filer:** | |
| **Document Number:** | 47 |

**Docket Text:**
TRANSFER ORDER re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in

*GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge* **Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Gordon v. American Medical Systems Holdings Inc et al |
| **Case Number:** | OKW/5:11-cv-01259 |
| **Filer:** | |
| **Document Number:** | 47 |

**Docket Text:**
**TRANSFER ORDER** *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge*

Judge Joseph R. Goodwin in the S.D. West Virginia.

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Arsenault v. American Medical Systems |
| **Case Number:** | CAN/4:11-cv-04343 |
| **Filer:** | |
| **Document Number:** | 47 |

**Docket Text:**
**TRANSFER ORDER** *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.*

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | MCEWAN et al v. ENDO PHARMACEUTICALS |
| **Case Number:** | PAE/2:11-cv-06652 |
| **Filer:** | |
| **Document Number:** | 50 |

**Docket Text:**
**TRANSFER ORDER** *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325)* Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

**Case Name:**      AUMILLER v. ENDO PHARMACEUTICALS et al
**Case Number:**    PAE/2:11-cv-06804
**Filer:**
**Document Number:** 54

**Docket Text:**
**TRANSFER ORDER** *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-*

*01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325)* Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| Case Name: | Kramer et al v. American Medical Systems |
| Case Number: | UT/2:11-cv-01004 |
| Filer: | |
| Document Number: | 47 |

Docket Text:
TRANSFER ORDER *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325)* Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT
LITIGATION, on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

Case Name:        LEWIS v. AMERICAN MEDICAL SYSTEMS, INC.
Case Number:      PAE/2:11-cv-05445
Filer:
Document Number: 48

Docket Text:
TRANSFER ORDER *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in
CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-
04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in
CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-
04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in
CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-
04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in
CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-
01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in
GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-
03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in
GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-
01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-
cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in
NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-
05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in
PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-
06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in
PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-
06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in
PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-
06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in
UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-
00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge
Judge Joseph R. Goodwin in the S.D. West Virginia.

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT
LITIGATION, on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

Case Name:        Austin-Fink v. American Medical Systems, Inc.
Case Number:      NV/2:09-cv-01981
Filer:
Document Number: 50

Docket Text:
TRANSFER ORDER *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in

*CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge* **Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

Case Name:      Farr et al v. American Medical Systems, Inc. et al
**Case Number:**   ALN/5:11-cv-02767
**Filer:**
**Document Number:** 55

**Docket Text:**
**TRANSFER ORDER** re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in *CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in*

*NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325 ), ( [4] in MDL No. 2325 ) Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.*

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

**Case Name:** Jill Engledow v. Mentor Corporation et al
**Case Number:** CAC/2:11-cv-07391
**Filer:**
**WARNING: CASE CLOSED on 11/22/2011**
**Document Number:** 44

**Docket Text:**
**TRANSFER ORDER** *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325 ), ( [4] in MDL No. 2325 ) Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.*

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

Case Name:       Reneau et al v. American Medical Systems, Inc.
Case Number:     GAN/3:11-cv-00180
Filer:
Document Number: 51

Docket Text:
**TRANSFER ORDER** re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.*

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

Case Name:       OSMAN et al v. AMERICAN MEDICAL SYSTEMS, INC.
Case Number:     PAE/2:11-cv-05465
Filer:
Document Number: 48

Docket Text:
**TRANSFER ORDER** re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in

*CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.*

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Dahl v. American Medical Systems, Inc. |
| **Case Number:** | MD/1:11-cv-02925 |
| **Filer:** | |
| **Document Number:** | 48 |

**Docket Text:**
TRANSFER ORDER *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in*

NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

Case Name:        ALLEN et al v. ENDO PHARMACEUTICALS
Case Number:      PAE/2:11-cv-06655
Filer:
Document Number: 51

Docket Text:
TRANSFER ORDER re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT

LITIGATION, on 2/7/2012.

**Associated Cases: MDL No. 2325 et al. (TLL)**

**Case Name:**   Johnson et al v. American Medical Systems, Inc.
**Case Number:**   GAN/1:11-cv-03925
**Filer:**
**Document Number:** 51

**Docket Text:**
**TRANSFER ORDER** *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827, ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.*

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

**Case Name:**   PERDUE et al v. ENDO PHARMACEUTICALS
**Case Number:**   PAE/2:11-cv-06664
**Filer:**
**Document Number:** 50

**Docket Text:**
**TRANSFER ORDER** *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-*

*04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/5:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.*

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Grumbles v. American Medical Systems, Inc. |
| **Case Number:** | NV/2:11-cv-01582 |
| **Filer:** | |
| **Document Number:** | 46 |

**Docket Text:**
**TRANSFER ORDER** *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-*

*05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.*

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Chenoweth v. American Medical Systems, Inc. |
| **Case Number:** | CAN/3:11-cv-05145 |
| **Filer:** | |
| **Document Number:** | 49 |

**Docket Text:**
TRANSFER ORDER *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.*

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Maloney v. American Medical Systems, Inc. |
| **Case Number:** | CAN/3:11-cv-05312 |
| **Filer:** | |
| **Document Number:** | 47 |

**Docket Text:**
**TRANSFER ORDER** *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.*

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Cathy Hoppe v. American Medical Systems Inc et al |
| **Case Number:** | DE/1:11-cv-01012 |
| **Filer:** | |
| **Document Number:** | 47 |

**Docket Text:**
**TRANSFER ORDER** *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-*

*04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.*

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

**Case Name:**      Gaines et al v. American Medical Systems Inc
**Case Number:**    OKW/5:11-cv-01299
**Filer:**
**Document Number:** 44

**Docket Text:**
**TRANSFER ORDER** *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-*

*06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325)* Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Flight et al v. American Medical Systems, Inc. et al |
| **Case Number:** | MN/0:11-cv-01761 |
| **Filer:** | |
| **Document Number:** | 52 |

**Docket Text:**
**TRANSFER ORDER** *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325)* Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

**Case Name:**    Ledford et al v. American Medical Systems, Inc.
**Case Number:**    GAN/1:11-cv-03926
**Filer:**
**Document Number:** 51

**Docket Text:**
**TRANSFER ORDER** *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.*

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

**Case Name:**    Susan Galbreath et al v. Steve Seung Yil Koh, MD et al
**Case Number:**    CAC/2:11-cv-08387
**Filer:**
**Document Number:** 47

**Docket Text:**
**TRANSFER ORDER** *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-*

*04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.*

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Boone et al v. American Medical Systems, Inc. et al |
| **Case Number:** | CAN/4:11-cv-05144 |
| **Filer:** | |
| **Document Number:** | 57 |

Docket Text:
**TRANSFER ORDER** *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-*

*06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.*

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | SIMMONS v. ENDO PHARMACEUTICALS et al |
| **Case Number:** | PAE/2:11-cv-06809 |
| **Filer:** | |
| **Document Number:** | 53 |

**Docket Text:**
**TRANSFER ORDER** *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.*

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Winegardner et al v. American Medical Systems, Inc. |

**Case Number:**       CAN/3:11-cv-04611
**Filer:**
**Document Number:** 47

**Docket Text:**
**TRANSFER ORDER** *re: pldg.* (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in
*CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325)* Transferring 82 action(s) to Judge
Judge Joseph R. Goodwin in the S.D. West Virginia.

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT
LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

**Case Name:**       Schultz v. American Medical Systems, Inc.
**Case Number:**     GAN/1:11-cv-03929
**Filer:**
**Document Number:** 51

**Docket Text:**
**TRANSFER ORDER** *re: pldg.* (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in
*CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in*

*CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge* Judge Joseph R. Goodwin in the S.D. West Virginia.

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

**Case Name:**      Petkovich et al v. American Medical Systems, Inc.
**Case Number:**    CAN/4:11-cv-04613
**Filer:**
**Document Number:** 47

**Docket Text:**
**TRANSFER ORDER** *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in*

*PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325)* Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

Case Name:       LYONS v. ENDO PHARMACEUTICALS et al
Case Number:    PAE/2:11-cv-06806
Filer:
Document Number: 53

Docket Text:
**TRANSFER ORDER** *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325)* Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

Case Name:       WHITE v. AMERICAN MEDICAL SYSTEMS, INC. et al
Case Number:    PAE/2:11-cv-05520

Filer:
**Document Number:**<u>48</u>

**Docket Text:**
**TRANSFER ORDER** *re: pldg.* (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in
CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-
04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in
CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-
04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in
CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-
04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in
CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-
01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in
GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-
03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in
GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-
01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-
cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in
NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-
05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in
PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-
06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in
PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-
06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in
PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-
06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in
UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-
00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge
Judge Joseph R. Goodwin in the S.D. West Virginia.

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT
LITIGATION, on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Brandao et al v. American Medical Systems Holdings Inc et al |
| **Case Number:** | <u>LAW/5:11-cv-01767</u> |

**Filer:**
**Document Number:**<u>47</u>

**Docket Text:**
**TRANSFER ORDER** *re: pldg.* (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in
CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-
04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in
CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-
04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in
CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-
04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in
CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-
01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in

*GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.*

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Swaim et al v. American Medical Systems, Inc. et al |
| **Case Number:** | WVS/2:11-cv-00827 |
| **Filer:** | |
| **Document Number:** | 52 |

**Docket Text:**
**TRANSFER ORDER** re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in*

*UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.*

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

**Case Name:**     Foley et al v. American Medical Systems, Inc.
**Case Number:**   CAN/5:11-cv-05014
**Filer:**
**Document Number:** 51

**Docket Text:**
**TRANSFER ORDER** *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.*

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

**Case Name:**     Roddy et al v. American Medical Systems, Inc.
**Case Number:**   CAN/4:11-cv-03970
**Filer:**

**Document Number:** 48

**Docket Text:**
TRANSFER ORDER *re: pldg.* (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in *CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827*, ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

**Case Name:**      TEDFORD v. AMERICAN MEDICAL SYSTEMS, INC.
**Case Number:**    DC/1:11-cv-01472
**Filer:**
**Document Number:** 51

**Docket Text:**
TRANSFER ORDER *re: pldg.* (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in *CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-*

*03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.*

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Nichols-Gould et al v. American Medical Systems, Inc. |
| **Case Number:** | CAN/3:11-cv-04616 |
| **Filer:** | |
| **Document Number:** | 47 |

**Docket Text:**
**TRANSFER ORDER** *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-*

*00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325)* Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

**Case Name:**      FINLAY v. AMERICAN MEDICAL SYSTEMS INC
**Case Number:**    FLN/3:11-cv-00507
**Filer:**
**Document Number:** 51

Docket Text:
TRANSFER ORDER *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325)* Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

**Case Name:**      CROSSETT v. ENDO PHARMACEUTICALS
**Case Number:**    PAE/2:11-cv-07135
**Filer:**
**WARNING: CASE CLOSED on 11/17/2011**

**Document Number:** <u>44</u>

**Docket Text:**
**TRANSFER ORDER** *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325)* Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

**Case Name:**      MECHE v. ENDO PHARMACEUTICALS
**Case Number:**    <u>PAE/2:11-cv-06654</u>
**Filer:**
**Document Number:** <u>50</u>

**Docket Text:**
**TRANSFER ORDER** *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-*

*03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.*

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

**Case Name:**      Pickard v. American Medical Systems Inc et al
**Case Number:**    LAW/5:11-cv-01845
**Filer:**
**Document Number:** 47

**Docket Text:**
**TRANSFER ORDER** *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-*

*00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.*

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Baia et al v. American Medical Systems, Inc. |
| **Case Number:** | CAN/3:11-cv-04671 |
| **Filer:** | |
| **Document Number:** | 47 |

**Docket Text:**
**TRANSFER ORDER** *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.*

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Oldfather v. American Medical Systems Incorporated |
| **Case Number:** | AZ/2:11-cv-02022 |
| **Filer:** | |
| **Document Number:** | 48 |

**Docket Text:**
**TRANSFER ORDER** *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325)* Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Gray v. American Medical Systems, Inc. |
| **Case Number:** | CAN/3:11-cv-04668 |
| **Filer:** | |
| **Document Number:** | 47 |

**Docket Text:**
**TRANSFER ORDER** *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in*

*GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.*

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Metcalf et al v. American Medical Systems, Inc. |
| **Case Number:** | CAN/3:11-cv-04612 |
| **Filer:** | |
| **Document Number:** | 47 |

**Docket Text:**
**TRANSFER ORDER** *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge*

Judge Joseph R. Goodwin in the S.D. West Virginia.

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

Case Name:        Erwin et al v. American Medical Systems, Inc. et al
Case Number:      NV/2:11-cv-01475
Filer:
Document Number: 46

Docket Text:
TRANSFER ORDER re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

Case Name:        Waren et al v. American Medical Systems, Inc.
Case Number:      GAN/2:11-cv-00310
Filer:
Document Number: 51

**Docket Text:**
**TRANSFER ORDER** *re: pldg.* *(3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325)* Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

**Case Name:**     CRAIG et al v. AMERICAN MEDICAL SYSTEMS, INC.
**Case Number:**   PAE/2:11-cv-05462
**Filer:**
**Document Number:** 48

**Docket Text:**
**TRANSFER ORDER** *re: pldg.* *(3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-*

*01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.*

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Abrego v. American Medical Systems, Inc. |
| **Case Number:** | CAN/3:11-cv-04672 |
| **Filer:** | |
| **Document Number:** | 47 |

**Docket Text:**
TRANSFER ORDER *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.*

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT
LITIGATION, on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

Case Name:      REAVES v. ENDO PHARMACEUTICALS
Case Number:    PAE/2:11-cv-06660
Filer:
Document Number: 50

Docket Text:
TRANSFER ORDER re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in
CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-
04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in
CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-
04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in
CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-
04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in
CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-
01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in
GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-
03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in
GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-
01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-
cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in
NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-
05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in
PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-
06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in
PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-
06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in
PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-
06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in
UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-
00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge
Judge Joseph R. Goodwin in the S.D. West Virginia.

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT
LITIGATION, on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

Case Name:      TUCKER, et al v. AMERICAN MEDICAL SYSTEMS, INC., et al
Case Number:    NCM/1:11-cv-00974
Filer:
Document Number: 55

Docket Text:
TRANSFER ORDER re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in

*CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.*

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

**Case Name:**       Daniel et al v. American Medical Systems, Inc.
**Case Number:**    GAN/1:11-cv-03261
**Filer:**
**Document Number:** 48

**Docket Text:**
**TRANSFER ORDER** *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in*

*NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.*

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Greene-Newton et al v. American Medical Systems, Inc. |
| **Case Number:** | CAN/4:11-cv-04615 |
| **Filer:** | |
| **Document Number:** | 47 |

**Docket Text:**
**TRANSFER ORDER** *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.*

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT**

LITIGATION, on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

**Case Name:**        Lester v. American Medical Systems, Inc.
**Case Number:**      CAN/4:11-cv-04669
**Filer:**
**Document Number:** 47

**Docket Text:**
TRANSFER ORDER *re: pldg.* (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in
CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-
04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in
CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-
04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in
CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-
04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in
CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-
01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in
GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-
03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in
GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-
01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-
cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in
NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-
05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in
PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-
06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in
PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-
06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in
PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-
06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in
UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-
00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge
Judge Joseph R. Goodwin in the S.D. West Virginia.

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT
LITIGATION, on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

**Case Name:**        Pope et al v. American Medical Systems, Inc.
**Case Number:**      GAN/1:11-cv-03928
**Filer:**
**Document Number:** 51

**Docket Text:**
TRANSFER ORDER *re: pldg.* (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in
CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-

*04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325)* Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

Case Name:      Culbertson et al v. C. R. Bard, Inc. et al
Case Number:    WVS/2:11-cv-00796
Filer:
**Document Number:** 50

**Docket Text:**
**TRANSFER ORDER** *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-*

*05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.*

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Wells et al v. American Medical Systems, Inc. |
| **Case Number:** | MN/0:11-cv-02141 |
| **Filer:** | |
| **Document Number:** | 48 |

**Docket Text:**
TRANSFER ORDER *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.*

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

Associated Cases: MDL No. 2325 et al. (TLL)

**Case Name:**    Waldroup et al v. Boston Scientific Corp et al
**Case Number:**    LAW/3:11-cv-01854
**Filer:**
**Document Number:** 54

**Docket Text:**
**TRANSFER ORDER** *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325)* Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

**Case Name:**    KOLAR v. ENDO PHARMACEUTICALS et al
**Case Number:**    PAE/2:11-cv-06805
**Filer:**
**Document Number:** 53

**Docket Text:**
**TRANSFER ORDER** *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-*

*04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.*

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | QUIGLEY et al v. ENDO PHARMACEUTICALS |
| **Case Number:** | PAE/2:11-cv-06663 |
| **Filer:** | |
| **Document Number:** | 50 |

**Docket Text:**
**TRANSFER ORDER** *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-*

*06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge* Judge Joseph R. Goodwin in the S.D. West Virginia.

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

Case Name:      BONILLA et al v. ENDO PHARMACEUTICALS
Case Number:    PAE/2:11-cv-06658
Filer:
Document Number: 51

**Docket Text:**
**TRANSFER ORDER** *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge* Judge Joseph R. Goodwin in the S.D. West Virginia.

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

**Case Name:**     Berry v. American Medical Systems Inc et al
**Case Number:**   OKW/5:11-cv-00748
**Filer:**
**Document Number:** 48

**Docket Text:**
**TRANSFER ORDER** *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325)* Transferring 82 action(s) to Judge **Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

**Case Name:**     Hendricksen v. American Medical Systems, Inc.
**Case Number:**   CAN/3:11-cv-05146
**Filer:**
**Document Number:** 49

**Docket Text:**
**TRANSFER ORDER** *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-*

*04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.*

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

**Case Name:**     COX v. ENDO PHARMACEUTICALS et al
**Case Number:**   <u>PAE/2:11-cv-06808</u>
**Filer:**
**Document Number:** <u>54</u>

**Docket Text:**
**TRANSFER ORDER** *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-*

*06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.*

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

**Case Name:**       Hill v. American Medical Systems, Inc.
**Case Number:**   MN/0:11-cv-02589
**Filer:**
**Document Number:** 48

**Docket Text:**
TRANSFER ORDER *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.*

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

**Case Name:**       Johnson et al v. American Medical Systems, Inc.

**Case Number:**    WVS/2:11-cv-00933
**Filer:**
**Document Number:** 48

**Docket Text:**
**TRANSFER ORDER** *re: pldg.* *(3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.*

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

**Case Name:**    FOSBENNER et al v. ENDO PHARMACEUTICALS
**Case Number:**    PAE/2:11-cv-06662
**Filer:**
**Document Number:** 51

**Docket Text:**
**TRANSFER ORDER** *re: pldg.* *(3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in*

*CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge* **Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

**Case Name:**      Williams v. American Medical Systems, Inc. et al
**Case Number:**    GAN/1:11-cv-02782
**Filer:**
**Document Number:** 55

**Docket Text:**
**TRANSFER ORDER** *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in*

*PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325)* Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

Case Name:      MONEYPENNY et al v. ENDO PHARMACEUTICALS et al
Case Number:    PAE/2:11-cv-06807
Filer:
Document Number: 53

**Docket Text:**
**TRANSFER ORDER** *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325)* Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

Case Name:      Colon v. American Medical Systems, Inc.
Case Number:    TXW/1:11-cv-00872

**Filer:**
**Document Number:** 51

**Docket Text:**
**TRANSFER ORDER** *re: pldg.* (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in *CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325)* Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | HOWARD et al v. ENDO PHARMACEUTICALS |
| **Case Number:** | PAE/2:11-cv-06656 |

**Filer:**
**Document Number:** 51

**Docket Text:**
**TRANSFER ORDER** *re: pldg.* (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in *CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in*

*GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.*

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Hoover et al v. American Medical Systems, Inc. |
| **Case Number:** | CAN/3:11-cv-04614 |
| **Filer:** | |
| **Document Number:** | 47 |

**Docket Text:**
**TRANSFER ORDER** *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in*

*UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.*

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

**Case Name:**      MITCHELL v. ENDO PHARMACEUTICALS
**Case Number:**    PAE/2:11-cv-07131
**Filer:**
**WARNING: CASE CLOSED on 11/17/2011**
**Document Number:** 44

**Docket Text:**
**TRANSFER ORDER** *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.*

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

**Case Name:**      STOUTAMIRE v. ENDO PHARMACEUTICALS
**Case Number:**    PAE/2:11-cv-07134

**Filer:**
**WARNING: CASE CLOSED on 11/17/2011**
**Document Number:** 44

**Docket Text:**
**TRANSFER ORDER** *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325)* Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

**Case Name:**     SMITH et al v. ENDO PHARMACEUTICALS
**Case Number:**   PAE/2:11-cv-06661
**Filer:**
**Document Number:** 50

**Docket Text:**
**TRANSFER ORDER** *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in*

*CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge* **Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

| | |
|---|---|
| **Case Name:** | Ambroff et al v. American Medical Systems, Inc. |
| **Case Number:** | CAN/3:08-cv-04289 |
| **Filer:** | |
| **Document Number:** | 48 |

**Docket Text:**
**TRANSFER ORDER** *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in*

*PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325)* Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

Case Name:       Fearn et al v. American Medical Systems, Inc.
Case Number:     MN/0:11-cv-02502
Filer:
Document Number: 51

Docket Text:
TRANSFER ORDER *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325)* Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

Case Name:       Horton et al v. American Medical Systems Inc et al
Case Number:     WAW/3:11-cv-05780

**Filer:**
**Document Number:** <u>55</u>

**Docket Text:**
**TRANSFER ORDER** *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325) ( [4] in MDL No. 2325)* Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.**

**Associated Cases: MDL No. 2325 et al. (TLL)**

**Case Name:**     Powell et al v. American Medical Systems, Inc.
**Case Number:**     <u>GAN/3:11-cv-00159</u>
**Filer:**
**Document Number:** <u>48</u>

**Docket Text:**
**TRANSFER ORDER** *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in*

*GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325)* Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Glisson et al v. American Medical Systems, Inc. |
| **Case Number:** | CAN/5:11-cv-04945 |
| **Filer:** | |
| **Document Number:** | 51 |

**Docket Text:**
**TRANSFER ORDER** *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in*

UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

**Case Name:**     HEISER v. ENDO PHARMACEUTICALS
**Case Number:**   PAE/2:11-cv-06651
**Filer:**
**Document Number:** 51

**Docket Text:**
TRANSFER ORDER re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

**Case Name:**     Stevens v. American Medical Systems, Inc.
**Case Number:**   CAN/4:11-cv-05143
**Filer:**

**Document Number:** <u>50</u>

**Docket Text:**
TRANSFER ORDER *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325)* Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| **Case Name:** | Wyatt et al v. American Medical Systems, Inc. |
| **Case Number:** | <u>CAN/4:11-cv-05147</u> |
| **Filer:** | |

**Document Number:** <u>50</u>

**Docket Text:**
TRANSFER ORDER *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-*

*03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.*

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

| | |
|---|---|
| Case Name: | MIXON et al v. ENDO PHARMACEUTICALS |
| Case Number: | PAE/2:11-cv-06659 |
| Filer: | |
| Document Number: | 50 |

Docket Text:
TRANSFER ORDER *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-*

*00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.*

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

Case Name:        KENTON et al v. ENDO PHARMACEUTICALS
Case Number:      PAE/2:11-cv-06653
Filer:
Document Number: 50

Docket Text:
TRANSFER ORDER *re: pldg. (3 in ALN/5:11-cv-02767, 3 in AZ/2:11-cv-02022, 3 in CAC/2:11-cv-08387, 3 in CAN/3:08-cv-04289, 3 in CAN/3:11-cv-04610, 3 in CAN/3:11-cv-04611, 3 in CAN/3:11-cv-04612, 3 in CAN/3:11-cv-04614, 3 in CAN/3:11-cv-04616, 3 in CAN/3:11-cv-04668, 3 in CAN/3:11-cv-04670, 3 in CAN/3:11-cv-04671, 3 in CAN/3:11-cv-04672, 3 in CAN/3:11-cv-05145, 3 in CAN/3:11-cv-05146, 3 in CAN/3:11-cv-05312, 3 in CAN/4:11-cv-03970, 3 in CAN/4:11-cv-04343, 3 in CAN/4:11-cv-04613, 3 in CAN/4:11-cv-04615, 3 in CAN/4:11-cv-04669, 3 in CAN/4:11-cv-05143, 3 in CAN/4:11-cv-05144, 3 in CAN/4:11-cv-05147, 3 in CAN/5:11-cv-04945, 3 in CAN/5:11-cv-05014, 3 in DC/1:11-cv-01472, 3 in DE/1:11-cv-01012, 3 in FLN/3:11-cv-00507, 3 in GAN/1:11-cv-02782, 3 in GAN/1:11-cv-03261, 3 in GAN/1:11-cv-03925, 3 in GAN/1:11-cv-03926, 3 in GAN/1:11-cv-03928, 3 in GAN/1:11-cv-03929, 3 in GAN/2:11-cv-00310, 3 in GAN/3:11-cv-00159, 3 in GAN/3:11-cv-00180, 3 in LAW/3:11-cv-01854, 3 in LAW/5:11-cv-01767, 3 in LAW/5:11-cv-01845, 3 in MD/1:11-cv-02925, [7] in MDL No. 2325, 3 in MN/0:11-cv-01761, 3 in MN/0:11-cv-02141, 3 in MN/0:11-cv-02502, 3 in MN/0:11-cv-02589, 3 in NCM/1:11-cv-00974, 3 in NV/2:09-cv-01981, 3 in OKW/5:11-cv-00748, 3 in OKW/5:11-cv-01259, 3 in PAE/2:11-cv-05445, 3 in PAE/2:11-cv-05462, 3 in PAE/2:11-cv-05465, 3 in PAE/2:11-cv-05520, 3 in PAE/2:11-cv-06651, 3 in PAE/2:11-cv-06652, 3 in PAE/2:11-cv-06653, 3 in PAE/2:11-cv-06654, 3 in PAE/2:11-cv-06655, 3 in PAE/2:11-cv-06656, 3 in PAE/2:11-cv-06657, 3 in PAE/2:11-cv-06658, 3 in PAE/2:11-cv-06659, 3 in PAE/2:11-cv-06660, 3 in PAE/2:11-cv-06661, 3 in PAE/2:11-cv-06662, 3 in PAE/2:11-cv-06663, 3 in PAE/2:11-cv-06664, 3 in PAE/2:11-cv-06804, 3 in PAE/2:11-cv-06805, 3 in PAE/2:11-cv-06806, 3 in PAE/2:11-cv-06807, 3 in PAE/2:11-cv-06808, 3 in PAE/2:11-cv-06809, 3 in TXW/1:11-cv-00872, 3 in UT/2:11-cv-01004, 3 in WAW/3:11-cv-05780, 3 in WVS/2:11-cv-00796, 3 in WVS/2:11-cv-00827), ( [1] in MDL No. 2325), ( [4] in MDL No. 2325) Transferring 82 action(s) to Judge Judge Joseph R. Goodwin in the S.D. West Virginia.*

Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/7/2012.

Associated Cases: MDL No. 2325 et al. (TLL)

MDL No. 2325 Notice has been electronically mailed to:

MDL No. 2325 Notice will not be electronically mailed to:

**CAN/3:11-cv-04610 Notice has been electronically mailed to:**

Barbara R Binis bbinis@reedsmith.com

Amy Eskin aeskin@hershlaw.com, general@hershlaw.com, mburton@hershlaw.com

J. David Bickham dbickham@reedsmith.com

Phillip Howard Babich pbabich@reedsmith.com

**CAN/3:11-cv-04610 Notice will not be electronically mailed to:**

**PAE/2:11-cv-06657 Notice has been electronically mailed to:**

Lee B Balefsky lee.balefsky@klinespecter.com

Barbara R Binis bbinis@reedsmith.com

Louis W Schack lschack@reedsmith.com

Neil D Overholtz noverholtz@awkolaw.com, pbarr@awkolaw.com

Michelle L Tiger michelle.tiger@klinespecter.com

Thomas R Kline tom.kline@klinespecter.com

Bryan Frederick Aylstock baylstock@awkolaw.com, Jlindsey@awkolaw.com

JAMES DOUGLAS BARGER jbarger@awkolaw.com

**PAE/2:11-cv-06657 Notice will not be electronically mailed to:**

**CAN/3:11-cv-04670 Notice has been electronically mailed to:**

Barbara R Binis bbinis@reedsmith.com

Amy Eskin aeskin@hershlaw.com, general@hershlaw.com, mburton@hershlaw.com

J. David Bickham dbickham@reedsmith.com

Phillip Howard Babich pbabich@reedsmith.com

**CAN/3:11-cv-04670 Notice will not be electronically mailed to:**

**OKW/5:11-cv-01259 Notice has been electronically mailed to:**

Barbara R Binis bbinis@reedsmith.com

Jeffrey R Atkins jatkins@atkinsandmarkoff.com

Melissa S. Hedrick mhedrick@atkinsandmarkoff.com

**OKW/5:11-cv-01259 Notice will not be electronically mailed to:**

**CAN/4:11-cv-04343 Notice has been electronically mailed to:**

Barbara R Binis bbinis@reedsmith.com

Amy Eskin aeskin@hershlaw.com, general@hershlaw.com, mburton@hershlaw.com

J. David Bickham dbickham@reedsmith.com

**CAN/4:11-cv-04343 Notice will not be electronically mailed to:**

**PAE/2:11-cv-06652 Notice has been electronically mailed to:**

Lee B Balefsky lee.balefsky@klinespecter.com

Barbara R Binis bbinis@reedsmith.com

Louis W Schack lschack@reedsmith.com

Michelle L Tiger michelle.tiger@klinespecter.com

Thomas R Kline tom.kline@klinespecter.com

Bryan Frederick Aylstock baylstock@awkolaw.com, Jlindsey@awkolaw.com

JAMES DOUGLAS BARGER jbarger@awkolaw.com

**PAE/2:11-cv-06652 Notice will not be electronically mailed to:**

**PAE/2:11-cv-06804 Notice has been electronically mailed to:**

DIANNE M. NAST dnast@rodanast.com

Barbara R Binis bbinis@reedsmith.com

Neil D Overholtz noverholtz@awkolaw.com, pbarr@awkolaw.com

Bryan Frederick Aylstock baylstock@awkolaw.com, Jlindsey@awkolaw.com

**PAE/2:11-cv-06804 Notice will not be electronically mailed to:**

CR Bard, Inc.
President
730 Central Avenue
Murray Hill, NJ 07974

Covidien International Finance, SA
President
15 Hampshire Street

Mansfield, MA 02048

Covidien Trevoux, SCS
President
15 Hampshire Street
Mansfield, MA 02048

Covidien, Inc.
President
15 Hampshire Street
Mansfield, MA 02048

Covidien, PLC
President
15 Hampshire Street
Mansfield, MA 02048

Floreane Medical Implants, SA
President
15 Hampshire Street
Mansfield, MA 02048

Mareane, SA
President
15 Hampshire Street
Mansfield, MA 02048

Sofradim Production, SAS
President
15 Hampshire Street
Mansfield, MA 02048

**UT/2:11-cv-01004 Notice has been electronically mailed to:**

Barbara R Binis bbinis@reedsmith.com

Melvin C. Orchard, III orchard@spencelawyers.com

**UT/2:11-cv-01004 Notice will not be electronically mailed to:**

**PAE/2:11-cv-05445 Notice has been electronically mailed to:**

Barbara R Binis bbinis@reedsmith.com

Mark R Mueller receptionist@muellerlaw.com, mark@muellerlaw.com

**PAE/2:11-cv-05445 Notice will not be electronically mailed to:**

**NV/2:09-cv-01981 Notice has been electronically mailed to:**

Barbara R Binis bbinis@reedsmith.com

Fred Thompson, III fthompson@motleyrice.com, mbessis@motleyrice.com

Patrick J Murphy (Terminated) murphylaw@msn.com

Michael R Small (Terminated) nvresearch@aol.com

Philip M Hymanson hymansonp@gtlaw.com

Paul S Padda ppadda@caplawyers.com, jchittum@caplawyers.com, rcohen@caplawyers.com

Jonathan D. Orent jorent@motleyrice.com

LeAnn Sanders (Terminated) efile@alversontaylor.com

Jennifer Kissel (Terminated) efile@alversontaylor.com

Ruth L. Cohen rcohen@caplawyers.com

Kara B. Hendricks hendricksk@gtlaw.com

Eric W. Swanis swanise@gtlaw.com

**NV/2:09-cv-01981 Notice will not be electronically mailed to:**

**ALN/5:11-cv-02767 Notice has been electronically mailed to:**

Harlan I Prater, IV hprater@lfwlaw.com

Barbara R Binis bbinis@reedsmith.com

Archibald T Reeves, IV areeves@mcdowellknight.com

William C Roedder, Jr broedder@mcdowellknight.com

Jon Andrew Strongman jstrongman@shb.com, bpratt@shb.com, dldavis@shb.com

Champ Lyons, III champ@champlyons.com

Melody H Eagan meagan@lfwlaw.com

Brooke Garner Malcom bmalcom@lightfootlaw.com

Mark R Mueller receptionist@muellerlaw.com, mark@muellerlaw.com

**ALN/5:11-cv-02767 Notice will not be electronically mailed to:**

**CAC/2:11-cv-07391 Notice has been electronically mailed to:**

Thomas Vincent Girardi tgirardi@girardikeese.com

Barbara R Binis bbinis@reedsmith.com

Robert J Herrington (Terminated) herringtonr@gtlaw.com

Natasha Sung nsung@reedsmith.com

Amanda Heather Kent akent@girardikeese.com, ilongoria@girardikeese.com

Erica Yen eyen@reedsmith.com

Amy B Alderfer (Terminated) alderfera@gtlaw.com

Amy F Solomon asolomon@girardikeese.com

Richard G Merrill (Terminated) merrillr@gtlaw.com

Veronica Kuiumdjian vkuiumdjian@reedsmith.com

Janet Hejae Kwuon jkwuon@reedsmith.com

**CAC/2:11-cv-07391 Notice will not be electronically mailed to:**

**GAN/3:11-cv-00180 Notice has been electronically mailed to:**

Henry G. Garrard, III hgg@bbgbalaw.com, bjs@bbgbalaw.com, gbb@bbgbalaw.com, jab@bbgbalaw.com, jbw@bbgbalaw.com, klw@bbgbalaw.com, slh@bbgbalaw.com

Barbara R Binis bbinis@reedsmith.com

Andrew Judson Hill, III ajh@bbgbalaw.com

Adam Bryant Land abl@bbgbalaw.com

Gary B. Blasingame gbb@bbgbalaw.com

Josh B. Wages jbw@bbgbalaw.com

James B. Matthews, III jbm@bbgbalaw.com

**GAN/3:11-cv-00180 Notice will not be electronically mailed to:**

**PAE/2:11-cv-05465 Notice has been electronically mailed to:**

Barbara R Binis bbinis@reedsmith.com

Louis W Schack lschack@reedsmith.com

Mark R Mueller receptionist@muellerlaw.com, mark@muellerlaw.com

**PAE/2:11-cv-05465 Notice will not be electronically mailed to:**

**MD/1:11-cv-02925 Notice has been electronically mailed to:**

Barbara R Binis bbinis@reedsmith.com

Austin P Kirk akirk@saiontzkirk.com

Mark R Mueller receptionist@muellerlaw.com, mark@muellerlaw.com, mark@voodoocowboy.com

**MD/1:11-cv-02925 Notice will not be electronically mailed to:**

**PAE/2:11-cv-06655 Notice has been electronically mailed to:**

Lee B Balefsky lee.balefsky@klinespecter.com

Barbara R Binis bbinis@reedsmith.com

Louis W Schack lschack@reedsmith.com

Neil D Overholtz noverholtz@awkolaw.com, pbarr@awkolaw.com

Michelle L Tiger michelle.tiger@klinespecter.com

Thomas R Kline tom.kline@klinespecter.com

Bryan Frederick Aylstock baylstock@awkolaw.com, Jlindsey@awkolaw.com

JAMES DOUGLAS BARGER jbarger@awkolaw.com

**PAE/2:11-cv-06655 Notice will not be electronically mailed to:**

**GAN/1:11-cv-03925 Notice has been electronically mailed to:**

Henry G. Garrard, III hgg@bbgbalaw.com, bjs@bbgbalaw.com, gbb@bbgbalaw.com, jab@bbgbalaw.com, jbw@bbgbalaw.com, klw@bbgbalaw.com, slh@bbgbalaw.com

Barbara R Binis bbinis@reedsmith.com

Andrew Judson Hill, III ajh@bbgbalaw.com

Adam Bryant Land abl@bbgbalaw.com

Gary B. Blasingame gbb@bbgbalaw.com

Josh B. Wages jbw@bbgbalaw.com

James B. Matthews, III jbm@bbgbalaw.com

**GAN/1:11-cv-03925 Notice will not be electronically mailed to:**

**PAE/2:11-cv-06664 Notice has been electronically mailed to:**

Lee B Balefsky lee.balefsky@klinespecter.com

Barbara R Binis bbinis@reedsmith.com

Louis W Schack lschack@reedsmith.com

Michelle L Tiger michelle.tiger@klinespecter.com

Thomas R Kline tom.kline@klinespecter.com

Bryan Frederick Aylstock baylstock@awkolaw.com, Jlindsey@awkolaw.com

JAMES DOUGLAS BARGER jbarger@awkolaw.com

**PAE/2:11-cv-06664 Notice will not be electronically mailed to:**

**NV/2:11-cv-01582 Notice has been electronically mailed to:**

Barbara R Binis bbinis@reedsmith.com

Mark R Mueller receptionist@muellerlaw.com, mark@muellerlaw.com

Cal J. Potter, III info@potterlawoffices.com

Vernon F. Glenn glennlaw@lowcountrylawyer.com

**NV/2:11-cv-01582 Notice will not be electronically mailed to:**

**CAN/3:11-cv-05145 Notice has been electronically mailed to:**

Barbara R Binis bbinis@reedsmith.com

Fred Thompson, III fthompson@motleyrice.com, mbessis@motleyrice.com

Mark I Labaton mlabaton@motleyrice.com, kmontenegro@motleyrice.com, mlabaton@kreindler.com

**CAN/3:11-cv-05145 Notice will not be electronically mailed to:**

**CAN/3:11-cv-05312 Notice has been electronically mailed to:**

Jerrold S. Parker Jerry@yourlawyer.com

Barbara R Binis bbinis@reedsmith.com

Amy Eskin aeskin@hershlaw.com, general@hershlaw.com, mburton@hershlaw.com

Melanie H. Muhlstock mmuhlstock@yourlawyer.com, hkim@yourlawyer.com

Christina J. Kazepis ckazepis@yourlawyer.com, hkim@yourlawyer.com

**CAN/3:11-cv-05312 Notice will not be electronically mailed to:**

**DE/1:11-cv-01012 Notice has been electronically mailed to:**

Thomas Vincent Girardi tgirardi@girardikeese.com

Barbara R Binis bbinis@reedsmith.com

Amy Fisch Solomon asolomon@girardikeese.com

Amanda Heather Kent akent@girardikeese.com, ilongoria@girardikeese.com

Brian M. Rostocki brostocki@reedsmith.com

Bartholomew J. Dalton bdalton@bdaltonlaw.com

**DE/1:11-cv-01012 Notice will not be electronically mailed to:**

**OKW/5:11-cv-01299 Notice has been electronically mailed to:**

Raymond E Zschiesche ecf@phillipsmurrah.com

Kayce L Gisinger klg@abowitzlaw.com

Barbara R Binis bbinis@reedsmith.com

**OKW/5:11-cv-01299 Notice will not be electronically mailed to:**

**MN/0:11-cv-01761 Notice has been electronically mailed to:**

Barbara R Binis bbinis@reedsmith.com

Michael C McCarthy mike.mccarthy@maslon.com

Kim M Schmid kim.schmid@bowmanandbrooke.com

Cooper S Ashley cooper.ashley@maslon.com

Amy Lynn Ewald amylynnstued@hotmail.com

Barry J Koopmann barry.koopmann@bowmanandbrooke.com, kelly.mills@bowmanandbrooke.com

Catherine H. Ahlin-Halverson catherine.ahlin@maslon.com, Catherine.Ahlin@maslon.com

Mark R Mueller receptionist@muellerlaw.com, mark@muellerlaw.com

**MN/0:11-cv-01761 Notice will not be electronically mailed to:**

Beth S Rose
SILLS CUMMIS & GROSS PC
One Riverfront Plaza
Newark, NJ 07102-5400

**GAN/1:11-cv-03926 Notice has been electronically mailed to:**

Henry G. Garrard, III hgg@bbgbalaw.com, bjs@bbgbalaw.com, gbb@bbgbalaw.com, jab@bbgbalaw.com, jbw@bbgbalaw.com, klw@bbgbalaw.com, slh@bbgbalaw.com

Barbara R Binis bbinis@reedsmith.com

Andrew Judson Hill, III ajh@bbgbalaw.com

Adam Bryant Land abl@bbgbalaw.com

Gary B. Blasingame gbb@bbgbalaw.com

Josh B. Wages jbw@bbgbalaw.com

James B. Matthews, III jbm@bbgbalaw.com

**GAN/1:11-cv-03926 Notice will not be electronically mailed to:**

**CAC/2:11-cv-08387 Notice has been electronically mailed to:**

Jill A Franklin franklinj@slmclaw.com

Barbara R Binis bbinis@reedsmith.com

Erica Yen eyen@reedsmith.com

James Edward Fox foxandfox@sbcglobal.net

Junga P Kim jkim@reedsmith.com

Clifford L Schaffer cliff@slmclaw.com

Janet Hejae Kwuon jkwuon@reedsmith.com

**CAC/2:11-cv-08387 Notice will not be electronically mailed to:**

**CAN/4:11-cv-05144 Notice has been electronically mailed to:**

Barbara R Binis bbinis@reedsmith.com

Fred Thompson, III fthompson@motleyrice.com, mbessis@motleyrice.com

Jon Andrew Strongman jstrongman@shb.com, bpratt@shb.com, dldavis@shb.com

Mark I Labaton mlabaton@motleyrice.com, kmontenegro@motleyrice.com, mlabaton@kreindler.com

**CAN/4:11-cv-05144 Notice will not be electronically mailed to:**

Boston Scientific Corporation

President
One Boston Scientific Place
Natick, MA 01760

Proxy Biomedical, Inc.
c/o Agent Peter Gringas
7100 Euclid Avenue
Cleveland, OH 44103

**PAE/2:11-cv-06809 Notice has been electronically mailed to:**

DIANNE M. NAST dnast@rodanast.com

Barbara R Binis bbinis@reedsmith.com

Bryan Frederick Aylstock baylstock@awkolaw.com, Jlindsey@awkolaw.com

**PAE/2:11-cv-06809 Notice will not be electronically mailed to:**

**CAN/3:11-cv-04611 Notice has been electronically mailed to:**

Barbara R Binis bbinis@reedsmith.com

Amy Eskin aeskin@hershlaw.com, general@hershlaw.com, mburton@hershlaw.com

J. David Bickham dbickham@reedsmith.com

Phillip Howard Babich pbabich@reedsmith.com

**CAN/3:11-cv-04611 Notice will not be electronically mailed to:**

**GAN/1:11-cv-03929 Notice has been electronically mailed to:**

Henry G. Garrard, III hgg@bbgbalaw.com, bjs@bbgbalaw.com, gbb@bbgbalaw.com,
jab@bbgbalaw.com, jbw@bbgbalaw.com, klw@bbgbalaw.com, slh@bbgbalaw.com

Barbara R Binis bbinis@reedsmith.com

Andrew Judson Hill, III ajh@bbgbalaw.com

Adam Bryant Land abl@bbgbalaw.com

Gary B. Blasingame gbb@bbgbalaw.com

Josh B. Wages jbw@bbgbalaw.com

James B. Matthews, III jbm@bbgbalaw.com

**GAN/1:11-cv-03929 Notice will not be electronically mailed to:**

**CAN/4:11-cv-04613 Notice has been electronically mailed to:**

Barbara R Binis bbinis@reedsmith.com

Amy Eskin aeskin@hershlaw.com, general@hershlaw.com, mburton@hershlaw.com

J. David Bickham dbickham@reedsmith.com

Phillip Howard Babich pbabich@reedsmith.com

**CAN/4:11-cv-04613 Notice will not be electronically mailed to:**

**PAE/2:11-cv-06806 Notice has been electronically mailed to:**

DIANNE M. NAST dnast@rodanast.com

Barbara R Binis bbinis@reedsmith.com

Bryan Frederick Aylstock baylstock@awkolaw.com, Jlindsey@awkolaw.com

**PAE/2:11-cv-06806 Notice will not be electronically mailed to:**

**PAE/2:11-cv-05520 Notice has been electronically mailed to:**

Henry G. Garrard, III hgg@bbgbalaw.com, bjs@bbgbalaw.com, gbb@bbgbalaw.com, jab@bbgbalaw.com, jbw@bbgbalaw.com, klw@bbgbalaw.com, slh@bbgbalaw.com

Barbara R Binis bbinis@reedsmith.com

Louis W Schack lschack@reedsmith.com

Mark R Mueller receptionist@muellerlaw.com, mark@muellerlaw.com

MELISSA A GRAFF melissa.graff@dbr.com

**PAE/2:11-cv-05520 Notice will not be electronically mailed to:**

**LAW/5:11-cv-01767 Notice has been electronically mailed to:**

Kathleen A Manning kmanning@mcglinchey.com

Barbara R Binis bbinis@reedsmith.com

Tracy W Houck thouck@suddenlinkmail.com

Ronald L Riggle rriggle@suddenlinkmail.com, pcharris@suddenlinkmail.com

Cara Weiner CWeiner@amolawfirm.com

Michelle Lee Miller mlmiller@mcglinchey.com

**LAW/5:11-cv-01767 Notice will not be electronically mailed to:**

**WVS/2:11-cv-00827 Notice has been electronically mailed to:**

Richard B North, Jr richard.north@nelsonmullins.com, Andrew.Rosenzweig@nelsonmullins.com, amanda.shelton@nelsonmullins.com, andrew.rosenzweig@nelsonmullins.com, carla.foster@nelsonmullins.com, mandy.evangelista@nelsonmullins.com, maria.turner@nelsonmullins.com

Barbara R Binis bbinis@reedsmith.com

Taylor T Daly taylor.daly@nelsonmullins.com

Fred Thompson, III fthompson@motleyrice.com, mbessis@motleyrice.com

Harry F. Bell, Jr hfbell@belllaw.com, bnjones@belllaw.com

Melissa Foster Bird melissa.fosterbird@nelsonmullins.com

Fidelma L. Fitzpatrick ffitzpatrick@motleyrice.com

Marc E. Williams marc.williams@nelsonmullins.com

Jonathan D. Orent jorent@motleyrice.com

**WVS/2:11-cv-00827 Notice will not be electronically mailed to:**

**CAN/5:11-cv-05014 Notice has been electronically mailed to:**

Henry G. Garrard, III hgg@bbgbalaw.com, bjs@bbgbalaw.com, gbb@bbgbalaw.com, jab@bbgbalaw.com, jbw@bbgbalaw.com, klw@bbgbalaw.com, slh@bbgbalaw.com

Barbara R Binis bbinis@reedsmith.com

Khaldoun A Baghdadi kbaghdadi@walkuplawoffice.com

Gary B. Blasingame gbb@bbgbalaw.com

J. David Bickham dbickham@reedsmith.com

Phillip Howard Babich pbabich@reedsmith.com

**CAN/5:11-cv-05014 Notice will not be electronically mailed to:**

**CAN/4:11-cv-03970 Notice has been electronically mailed to:**

Barbara R Binis bbinis@reedsmith.com

Amy Eskin aeskin@hershlaw.com, general@hershlaw.com, mburton@hershlaw.com

Fidelma L. Fitzpatrick ffitzpatrick@motleyrice.com

J. David Bickham dbickham@reedsmith.com

Jonathan D. Orent jorent@motleyrice.com

**CAN/4:11-cv-03970 Notice will not be electronically mailed to:**

**DC/1:11-cv-01472 Notice has been electronically mailed to:**

Henry G. Garrard, III hgg@bbgbalaw.com, bjs@bbgbalaw.com, gbb@bbgbalaw.com, jab@bbgbalaw.com, jbw@bbgbalaw.com, klw@bbgbalaw.com, slh@bbgbalaw.com

Nancy Hersh nhersh@hershlaw.com

Barbara R Binis bbinis@reedsmith.com

Amy Eskin aeskin@hershlaw.com, general@hershlaw.com, mburton@hershlaw.com

James F Green jgreen@ashcraftlaw.com

Bryan Frederick Aylstock baylstock@awkolaw.com, Jlindsey@awkolaw.com

Richard C. Sullivan, Jr rsullivan@reedsmith.com

**DC/1:11-cv-01472 Notice will not be electronically mailed to:**

**CAN/3:11-cv-04616 Notice has been electronically mailed to:**

Barbara R Binis bbinis@reedsmith.com

Amy Eskin aeskin@hershlaw.com, general@hershlaw.com, mburton@hershlaw.com

J. David Bickham dbickham@reedsmith.com

Phillip Howard Babich pbabich@reedsmith.com

**CAN/3:11-cv-04616 Notice will not be electronically mailed to:**

**FLN/3:11-cv-00507 Notice has been electronically mailed to:**

Barbara R Binis bbinis@reedsmith.com

Michael Steven Goetz mgoetz@forthepeople.com, ereeves@forthepeople.com

Bryan Frederick Aylstock baylstock@awkolaw.com, Jlindsey@awkolaw.com

Mark R Mueller receptionist@muellerlaw.com, mark@muellerlaw.com

Chad Moore cmoore@forthepeople.com

**FLN/3:11-cv-00507 Notice will not be electronically mailed to:**

**PAE/2:11-cv-07135 Notice has been electronically mailed to:**

Rosemary Pinto rpinto@feldmanpinto.com

Barbara R Binis bbinis@reedsmith.com

Louis W Schack lschack@reedsmith.com

**PAE/2:11-cv-07135 Notice will not be electronically mailed to:**

**PAE/2:11-cv-06654 Notice has been electronically mailed to:**

Lee B Balefsky lee.balefsky@klinespecter.com

Barbara R Binis bbinis@reedsmith.com

Louis W Schack lschack@reedsmith.com

Michelle L Tiger michelle.tiger@klinespecter.com

Thomas R Kline tom.kline@klinespecter.com

Bryan Frederick Aylstock baylstock@awkolaw.com, Jlindsey@awkolaw.com

JAMES DOUGLAS BARGER jbarger@awkolaw.com

**PAE/2:11-cv-06654 Notice will not be electronically mailed to:**

**LAW/5:11-cv-01845 Notice has been electronically mailed to:**

Barbara R Binis bbinis@reedsmith.com

Tracy W Houck thouck@suddenlinkmail.com

Ronald L Riggle rriggle@suddenlinkmail.com, pcharris@suddenlinkmail.com

Cara Weiner CWeiner@amolawfirm.com

**LAW/5:11-cv-01845 Notice will not be electronically mailed to:**

**CAN/3:11-cv-04671 Notice has been electronically mailed to:**

Barbara R Binis bbinis@reedsmith.com

Amy Eskin aeskin@hershlaw.com, general@hershlaw.com, mburton@hershlaw.com

J. David Bickham dbickham@reedsmith.com

Phillip Howard Babich pbabich@reedsmith.com

**CAN/3:11-cv-04671 Notice will not be electronically mailed to:**

**AZ/2:11-cv-02022 Notice has been electronically mailed to:**

Barbara R Binis bbinis@reedsmith.com

Mark R Mueller receptionist@muellerlaw.com, mark@muellerlaw.com, mark@voodoocowboy.com

Peter Michael Gorski pgorski@petergorskilaw.com

**AZ/2:11-cv-02022 Notice will not be electronically mailed to:**

**CAN/3:11-cv-04668 Notice has been electronically mailed to:**

Barbara R Binis bbinis@reedsmith.com

Amy Eskin aeskin@hershlaw.com, general@hershlaw.com, mburton@hershlaw.com

J. David Bickham dbickham@reedsmith.com

Phillip Howard Babich pbabich@reedsmith.com

**CAN/3:11-cv-04668 Notice will not be electronically mailed to:**

**CAN/3:11-cv-04612 Notice has been electronically mailed to:**

Barbara R Binis bbinis@reedsmith.com

Amy Eskin aeskin@hershlaw.com, general@hershlaw.com, mburton@hershlaw.com

J. David Bickham dbickham@reedsmith.com

Phillip Howard Babich pbabich@reedsmith.com

**CAN/3:11-cv-04612 Notice will not be electronically mailed to:**

**NV/2:11-cv-01475 Notice has been electronically mailed to:**

Barbara R Binis bbinis@reedsmith.com

V. Andrew Cass cass@lbbslaw.com

Lori Gail Cohen cohenl@gtlaw.com, paged@gtlaw.com, smithcy@gtlaw.com

Philip M Hymanson hymansonp@gtlaw.com

Kara B. Hendricks hendricksk@gtlaw.com

Eric W. Swanis swanise@gtlaw.com

Peter B. Mortenson cmcorwin@nvlaw.us

Darius F Rafie cmcorwin@nvlaw.us

Jason M. Peck cmcorwin@nvlaw.us

Patricia Egan Daehnke pdaehnke@bonnebridges.com, lrurangirwa@bonnebridges.com

Keith A. Weaver WEAVER@LBBSLAW.COM

Linda K Rurangirwa lrurangirwa@bonnebridges.com

**NV/2:11-cv-01475 Notice will not be electronically mailed to:**

**GAN/2:11-cv-00310 Notice has been electronically mailed to:**

Henry G. Garrard, III hgg@bbgbalaw.com, bjs@bbgbalaw.com, gbb@bbgbalaw.com, jab@bbgbalaw.com, jbw@bbgbalaw.com, klw@bbgbalaw.com, slh@bbgbalaw.com

Barbara R Binis bbinis@reedsmith.com

Andrew Judson Hill, III ajh@bbgbalaw.com

Adam Bryant Land abl@bbgbalaw.com

Gary B. Blasingame gbb@bbgbalaw.com

Josh B. Wages jbw@bbgbalaw.com

James B. Matthews, III jbm@bbgbalaw.com

**GAN/2:11-cv-00310 Notice will not be electronically mailed to:**

**PAE/2:11-cv-05462 Notice has been electronically mailed to:**

Barbara R Binis bbinis@reedsmith.com

Louis W Schack lschack@reedsmith.com

Mark R Mueller receptionist@muellerlaw.com, mark@muellerlaw.com

**PAE/2:11-cv-05462 Notice will not be electronically mailed to:**

**CAN/3:11-cv-04672 Notice has been electronically mailed to:**

Barbara R Binis bbinis@reedsmith.com

Amy Eskin aeskin@hershlaw.com, general@hershlaw.com, mburton@hershlaw.com

J. David Bickham dbickham@reedsmith.com

Phillip Howard Babich pbabich@reedsmith.com

**CAN/3:11-cv-04672 Notice will not be electronically mailed to:**

**PAE/2:11-cv-06660 Notice has been electronically mailed to:**

Lee B Balefsky lee.balefsky@klinespecter.com

Barbara R Binis bbinis@reedsmith.com

Louis W Schack lschack@reedsmith.com

Michelle L Tiger michelle.tiger@klinespecter.com

Thomas R Kline tom.kline@klinespecter.com

Bryan Frederick Aylstock baylstock@awkolaw.com, Jlindsey@awkolaw.com

JAMES DOUGLAS BARGER jbarger@awkolaw.com

**PAE/2:11-cv-06660 Notice will not be electronically mailed to:**

**NCM/1:11-cv-00974 Notice has been electronically mailed to:**

Barbara R Binis bbinis@reedsmith.com

Jon Andrew Strongman jstrongman@shb.com, bpratt@shb.com, dldavis@shb.com

Mark R Mueller mark@voodoocowboy.com, receptionist@muellerlaw.com, mark@muellerlaw.com

EDWARD VERNON FERRELL GLENN evfg@lowcountrylawyer.com

**NCM/1:11-cv-00974 Notice will not be electronically mailed to:**

Boston Scientific Corporation
President
One Boston Scientific Place
Natick, MA 01760

**GAN/1:11-cv-03261 Notice has been electronically mailed to:**

Barbara R Binis bbinis@reedsmith.com

Audrey M Tolson AudreyTolson@TolsonFirm.com

Mark R Mueller receptionist@muellerlaw.com, mark@muellerlaw.com

**GAN/1:11-cv-03261 Notice will not be electronically mailed to:**

**CAN/4:11-cv-04615 Notice has been electronically mailed to:**

Barbara R Binis bbinis@reedsmith.com

Amy Eskin aeskin@hershlaw.com, general@hershlaw.com, mburton@hershlaw.com

J. David Bickham dbickham@reedsmith.com

Phillip Howard Babich pbabich@reedsmith.com

**CAN/4:11-cv-04615 Notice will not be electronically mailed to:**

**CAN/4:11-cv-04669 Notice has been electronically mailed to:**

Barbara R Binis bbinis@reedsmith.com

Amy Eskin aeskin@hershlaw.com, general@hershlaw.com, mburton@hershlaw.com

J. David Bickham dbickham@reedsmith.com

Phillip Howard Babich pbabich@reedsmith.com

**CAN/4:11-cv-04669 Notice will not be electronically mailed to:**

**GAN/1:11-cv-03928 Notice has been electronically mailed to:**

Henry G. Garrard, III hgg@bbgbalaw.com, bjs@bbgbalaw.com, gbb@bbgbalaw.com,
jab@bbgbalaw.com, jbw@bbgbalaw.com, klw@bbgbalaw.com, slh@bbgbalaw.com

Barbara R Binis bbinis@reedsmith.com

Andrew Judson Hill, III ajh@bbgbalaw.com

Adam Bryant Land abl@bbgbalaw.com

Gary B. Blasingame gbb@bbgbalaw.com

Josh B. Wages jbw@bbgbalaw.com

James B. Matthews, III jbm@bbgbalaw.com

**GAN/1:11-cv-03928 Notice will not be electronically mailed to:**

**WVS/2:11-cv-00796 Notice has been electronically mailed to:**

Richard B North, Jr richard.north@nelsonmullins.com, Andrew.Rosenzweig@nelsonmullins.com,
amanda.shelton@nelsonmullins.com, andrew.rosenzweig@nelsonmullins.com,
carla.foster@nelsonmullins.com, mandy.evangelista@nelsonmullins.com,
maria.turner@nelsonmullins.com

Barbara R Binis bbinis@reedsmith.com

Taylor T Daly taylor.daly@nelsonmullins.com

Deborah A. Moeller dmoeller@shb.com, ckirk@shb.com

Matthew B Lerner matthew.lerner@nelsonmullins.com

Melissa Foster Bird melissa.fosterbird@nelsonmullins.com

Marc E. Williams marc.williams@nelsonmullins.com

Samuel W Outten soutten@wcsr.com

Catherine R Atwood catwood@wcsr.com

James Thomas Hewitt jay@pgwhlaw.com

William Ashley Jordan bill@williamjordan.org

Edwin Brown Parkinson, Jr ebparkinson@devlinparkinson.com

Jennifer B Howe jennifer.breaux@devlinparkinson.com

Sandra L. W. Miller samiller@wcsr.com

**WVS/2:11-cv-00796 Notice will not be electronically mailed to:**

**MN/0:11-cv-02141 Notice has been electronically mailed to:**

Barbara R Binis bbinis@reedsmith.com

Michael C McCarthy mike.mccarthy@maslon.com

Cooper S Ashley cooper.ashley@maslon.com

Amy Lynn Ewald amylynnstued@hotmail.com

Catherine H. Ahlin-Halverson catherine.ahlin@maslon.com, Catherine.Ahlin@maslon.com

Mark R Mueller receptionist@muellerlaw.com, mark@muellerlaw.com

**MN/0:11-cv-02141 Notice will not be electronically mailed to:**

**LAW/3:11-cv-01854 Notice has been electronically mailed to:**

Barbara R Binis bbinis@reedsmith.com

Jon Andrew Strongman jstrongman@shb.com, bpratt@shb.com, dldavis@shb.com

Tracy W Houck thouck@suddenlinkmail.com

Ronald L Riggle rriggle@suddenlinkmail.com, pcharris@suddenlinkmail.com

Cara Weiner CWeiner@amolawfirm.com

**LAW/3:11-cv-01854 Notice will not be electronically mailed to:**

Boston Scientific Corporation
President
One Boston Scientific Place
Natick, MA 01760

**PAE/2:11-cv-06805 Notice has been electronically mailed to:**

DIANNE M. NAST dnast@rodanast.com

Barbara R Binis bbinis@reedsmith.com

Bryan Frederick Aylstock baylstock@awkolaw.com, Jlindsey@awkolaw.com

**PAE/2:11-cv-06805 Notice will not be electronically mailed to:**

CR Bard, Inc.
President
730 Central Avenue
Murray Hill, NJ 07974

Covidien International Finance, SA
President
15 Hampshire Street
Mansfield, MA 02048

Covidien Trevoux, SCS
President
15 Hampshire Street
Mansfield, MA 02048

Covidien, Inc.
President
15 Hampshire Street
Mansfield, MA 02048

Covidien, PLC
President
15 Hampshire Street
Mansfield, MA 02048

Floreane Medical Implants, SA
President
15 Hampshire Street
Mansfield, MA 02048

Sofradim Production, SAS
President
15 Hampshire Street
Mansfield, MA 02048

**PAE/2:11-cv-06663 Notice has been electronically mailed to:**

Lee B Balefsky lee.balefsky@klinespecter.com

Barbara R Binis bbinis@reedsmith.com

Louis W Schack lschack@reedsmith.com

Michelle L Tiger michelle.tiger@klinespecter.com

Thomas R Kline tom.kline@klinespecter.com

Bryan Frederick Aylstock baylstock@awkolaw.com, Jlindsey@awkolaw.com

JAMES DOUGLAS BARGER jbarger@awkolaw.com

**PAE/2:11-cv-06663 Notice will not be electronically mailed to:**

**PAE/2:11-cv-06658 Notice has been electronically mailed to:**

Lee B Balefsky lee.balefsky@klinespecter.com

Barbara R Binis bbinis@reedsmith.com

Louis W Schack lschack@reedsmith.com

Neil D Overholtz noverholtz@awkolaw.com, pbarr@awkolaw.com

Michelle L Tiger michelle.tiger@klinespecter.com

Thomas R Kline tom.kline@klinespecter.com

Bryan Frederick Aylstock baylstock@awkolaw.com, Jlindsey@awkolaw.com

JAMES DOUGLAS BARGER jbarger@awkolaw.com

**PAE/2:11-cv-06658 Notice will not be electronically mailed to:**

**OKW/5:11-cv-00748 Notice has been electronically mailed to:**

Raymond E Zschiesche ecf@phillipsmurrah.com

Larry D Ottaway larryottaway@oklahomacounsel.com

Barbara R Binis bbinis@reedsmith.com

Amy Sherry Fischer amyfischer@oklahomacounsel.com

Kevin D Gordon gordonk@crowedunlevy.com

Mark R Mueller receptionist@muellerlaw.com, mark@muellerlaw.com

Ryan S Wilson (Terminated) RWilson@hartzoglaw.com

Laura McConnell-Corbyn (Terminated) lmcconnell@hartzoglaw.com

John P Zelbst zelbst@zelbst.com

Christopher B Keim christopher.keim@crowedunlevy.com

John Roger Hurt (Terminated) rhurt@piercecouch.com

Elizabeth R Sharrock (Terminated) esharrock@piercecouch.com

**OKW/5:11-cv-00748 Notice will not be electronically mailed to:**

Gynecare, Inc.
President
Route 22 West
Sommerville, NJ 08876

OU Medical Center Edmond dba Edmond Medical Center
Corporation Company
1833 S. Morgan Road
Oklahoma City, OK 73128

**CAN/3:11-cv-05146 Notice has been electronically mailed to:**

Barbara R Binis bbinis@reedsmith.com

Fred Thompson, III fthompson@motleyrice.com, mbessis@motleyrice.com

Mark I Labaton mlabaton@motleyrice.com, kmontenegro@motleyrice.com, mlabaton@kreindler.com

**CAN/3:11-cv-05146 Notice will not be electronically mailed to:**

**PAE/2:11-cv-06808 Notice has been electronically mailed to:**

DIANNE M. NAST dnast@rodanast.com

Barbara R Binis bbinis@reedsmith.com

Neil D Overholtz noverholtz@awkolaw.com, pbarr@awkolaw.com

Bryan Frederick Aylstock baylstock@awkolaw.com, Jlindsey@awkolaw.com

**PAE/2:11-cv-06808 Notice will not be electronically mailed to:**

**MN/0:11-cv-02589 Notice has been electronically mailed to:**

Barbara R Binis bbinis@reedsmith.com

Amy Lynn Ewald amylynnstued@hotmail.com

Mark R Mueller receptionist@muellerlaw.com, mark@muellerlaw.com, mark@voodoocowboy.com

**MN/0:11-cv-02589 Notice will not be electronically mailed to:**

**WVS/2:11-cv-00933 Notice has been electronically mailed to:**

Henry G. Garrard, III hgg@bbgbalaw.com, bjs@bbgbalaw.com, gbb@bbgbalaw.com, jab@bbgbalaw.com, jbw@bbgbalaw.com, klw@bbgbalaw.com, slh@bbgbalaw.com

Barbara R Binis bbinis@reedsmith.com

Paul T Farrell, Jr paul@greeneketchum.com

**WVS/2:11-cv-00933 Notice will not be electronically mailed to:**

American Medical Systems, Inc.
c/o The Corporation Trust
Corporation Truste Center
1209 Orange Street
Wilmington, DE 19801

**PAE/2:11-cv-06662 Notice has been electronically mailed to:**

Lee B Balefsky lee.balefsky@klinespecter.com

Barbara R Binis bbinis@reedsmith.com

Louis W Schack lschack@reedsmith.com

Neil D Overholtz noverholtz@awkolaw.com, pbarr@awkolaw.com

Michelle L Tiger michelle.tiger@klinespecter.com

Thomas R Kline tom.kline@klinespecter.com

Bryan Frederick Aylstock baylstock@awkolaw.com, Jlindsey@awkolaw.com

JAMES DOUGLAS BARGER jbarger@awkolaw.com

**PAE/2:11-cv-06662 Notice will not be electronically mailed to:**

**GAN/1:11-cv-02782 Notice has been electronically mailed to:**

Barbara R Binis bbinis@reedsmith.com

Lori Gail Cohen cohenl@gtlaw.com, paged@gtlaw.com, smithcy@gtlaw.com

Jon Andrew Strongman jstrongman@shb.com, bpratt@shb.com, dldavis@shb.com

Audrey M Tolson AudreyTolson@TolsonFirm.com

Mark R Mueller receptionist@muellerlaw.com, mark@muellerlaw.com

R. Scott Campbell campbellrs@gtlaw.com

Johnathan Tyler Krawcheck jkrawcheck@wwhgd.com

Brannon Jones Arnold barnold@wwhgd.com

**GAN/1:11-cv-02782 Notice will not be electronically mailed to:**

**PAE/2:11-cv-06807 Notice has been electronically mailed to:**

DIANNE M. NAST dnast@rodanast.com

Barbara R Binis bbinis@reedsmith.com

Bryan Frederick Aylstock baylstock@awkolaw.com, Jlindsey@awkolaw.com

**PAE/2:11-cv-06807 Notice will not be electronically mailed to:**

**TXW/1:11-cv-00872 Notice has been electronically mailed to:**

Barbara R Binis bbinis@reedsmith.com

Mark R Mueller receptionist@muellerlaw.com, mark@muellerlaw.com

**TXW/1:11-cv-00872 Notice will not be electronically mailed to:**

**PAE/2:11-cv-06656 Notice has been electronically mailed to:**

Lee B Balefsky lee.balefsky@klinespecter.com

Barbara R Binis bbinis@reedsmith.com

Louis W Schack lschack@reedsmith.com

Neil D Overholtz noverholtz@awkolaw.com, pbarr@awkolaw.com

Michelle L Tiger michelle.tiger@klinespecter.com

Thomas R Kline tom.kline@klinespecter.com

Bryan Frederick Aylstock baylstock@awkolaw.com, Jlindsey@awkolaw.com

JAMES DOUGLAS BARGER jbarger@awkolaw.com

**PAE/2:11-cv-06656 Notice will not be electronically mailed to:**

**CAN/3:11-cv-04614 Notice has been electronically mailed to:**

Barbara R Binis bbinis@reedsmith.com

Amy Eskin aeskin@hershlaw.com, general@hershlaw.com, mburton@hershlaw.com

J. David Bickham dbickham@reedsmith.com

Phillip Howard Babich pbabich@reedsmith.com

**CAN/3:11-cv-04614 Notice will not be electronically mailed to:**

**PAE/2:11-cv-07131 Notice has been electronically mailed to:**

Rosemary Pinto rpinto@feldmanpinto.com

Barbara R Binis bbinis@reedsmith.com

Louis W Schack lschack@reedsmith.com

**PAE/2:11-cv-07131 Notice will not be electronically mailed to:**

**PAE/2:11-cv-07134 Notice has been electronically mailed to:**

Rosemary Pinto rpinto@feldmanpinto.com

Barbara R Binis bbinis@reedsmith.com

Louis W Schack lschack@reedsmith.com

**PAE/2:11-cv-07134 Notice will not be electronically mailed to:**

**PAE/2:11-cv-06661 Notice has been electronically mailed to:**

Lee B Balefsky lee.balefsky@klinespecter.com

Barbara R Binis bbinis@reedsmith.com

Louis W Schack lschack@reedsmith.com

Michelle L Tiger michelle.tiger@klinespecter.com

Thomas R Kline tom.kline@klinespecter.com

Bryan Frederick Aylstock baylstock@awkolaw.com, Jlindsey@awkolaw.com

JAMES DOUGLAS BARGER jbarger@awkolaw.com

**PAE/2:11-cv-06661 Notice will not be electronically mailed to:**

**CAN/3:08-cv-04289 Notice has been electronically mailed to:**

Nancy Hersh nhersh@hershlaw.com

Barbara R Binis bbinis@reedsmith.com

Amy Eskin aeskin@hershlaw.com, general@hershlaw.com, mburton@hershlaw.com

George E McDavid gmcdavid@reedsmith.com

Michael C McCarthy mike.mccarthy@maslon.com

Mark Etheredge Burton, Jr general@hershlaw.com

Kymberly E Speer kspeer@kennmark.com

Lori Gail Cohen cohenl@gtlaw.com, paged@gtlaw.com, smithcy@gtlaw.com

Samantha Davies Hilton shilton@kennmark.com

Cooper S Ashley cooper.ashley@maslon.com

Cynthia Brown general@hershlaw.com

Tracy G Weiss tweiss@reedsmith.com

Fidelma L. Fitzpatrick ffitzpatrick@motleyrice.com

J. David Bickham dbickham@reedsmith.com

Phillip Howard Babich pbabich@reedsmith.com

Jonathan D. Orent jorent@motleyrice.com

Ken Matthew Markowitz kmarkowitz@kennmark.com

Kimberly Irene McIntyre kmcintyre@kennmark.com

Jennifer B. Benowitz jennifer.benowitz@maslon.com

Peter S. Wahby wahbyp@gtlaw.com

**CAN/3:08-cv-04289 Notice will not be electronically mailed to:**

Dan Johnson
American Medical System, Inc.
10700 Bren R. West
Minnetonka, MN 55343

**MN/0:11-cv-02502 Notice has been electronically mailed to:**

Henry G. Garrard, III hgg@bbgbalaw.com, bjs@bbgbalaw.com, gbb@bbgbalaw.com,

jab@bbgbalaw.com, jbw@bbgbalaw.com, klw@bbgbalaw.com, slh@bbgbalaw.com

Barbara R Binis bbinis@reedsmith.com

Michael C McCarthy mike.mccarthy@maslon.com

Cooper S Ashley cooper.ashley@maslon.com

Amy Lynn Ewald amylynnstued@hotmail.com

Catherine H. Ahlin-Halverson catherine.ahlin@maslon.com, Catherine.Ahlin@maslon.com

Mark R Mueller mark@voodoocowboy.com, receptionist@muellerlaw.com, mark@muellerlaw.com

**MN/0:11-cv-02502 Notice will not be electronically mailed to:**

**WAW/3:11-cv-05780 Notice has been electronically mailed to:**

Barbara R Binis bbinis@reedsmith.com

Jon Andrew Strongman jstrongman@shb.com, bpratt@shb.com, dldavis@shb.com

Mark R Mueller receptionist@muellerlaw.com, mark@muellerlaw.com

Eric M Fong eric@ericfonglaw.com

**WAW/3:11-cv-05780 Notice will not be electronically mailed to:**

**GAN/3:11-cv-00159 Notice has been electronically mailed to:**

Barbara R Binis bbinis@reedsmith.com

Audrey M Tolson AudreyTolson@TolsonFirm.com

Mark R Mueller receptionist@muellerlaw.com, mark@muellerlaw.com

**GAN/3:11-cv-00159 Notice will not be electronically mailed to:**

**CAN/5:11-cv-04945 Notice has been electronically mailed to:**

Henry G. Garrard, III hgg@bbgbalaw.com, bjs@bbgbalaw.com, gbb@bbgbalaw.com, jab@bbgbalaw.com, jbw@bbgbalaw.com, klw@bbgbalaw.com, slh@bbgbalaw.com

Barbara R Binis bbinis@reedsmith.com

Khaldoun A Baghdadi kbaghdadi@walkuplawoffice.com

Gary B. Blasingame gbb@bbgbalaw.com

J. David Bickham dbickham@reedsmith.com

Phillip Howard Babich pbabich@reedsmith.com

**CAN/5:11-cv-04945 Notice will not be electronically mailed to:**

**PAE/2:11-cv-06651 Notice has been electronically mailed to:**

Lee B Balefsky lee.balefsky@klinespecter.com

Barbara R Binis bbinis@reedsmith.com

Louis W Schack lschack@reedsmith.com

Neil D Overholtz noverholtz@awkolaw.com, pbarr@awkolaw.com

Michelle L Tiger michelle.tiger@klinespecter.com

Thomas R Kline tom.kline@klinespecter.com

Bryan Frederick Aylstock baylstock@awkolaw.com, Jlindsey@awkolaw.com

JAMES DOUGLAS BARGER jbarger@awkolaw.com

**PAE/2:11-cv-06651 Notice will not be electronically mailed to:**

**CAN/4:11-cv-05143 Notice has been electronically mailed to:**

Barbara R Binis bbinis@reedsmith.com

Fred Thompson, III fthompson@motleyrice.com, mbessis@motleyrice.com

Mark I Labaton mlabaton@motleyrice.com, kmontenegro@motleyrice.com, mlabaton@kreindler.com

**CAN/4:11-cv-05143 Notice will not be electronically mailed to:**

**CAN/4:11-cv-05147 Notice has been electronically mailed to:**

Barbara R Binis bbinis@reedsmith.com

Fred Thompson, III fthompson@motleyrice.com, mbessis@motleyrice.com

Mark I Labaton mlabaton@motleyrice.com, kmontenegro@motleyrice.com, mlabaton@kreindler.com

**CAN/4:11-cv-05147 Notice will not be electronically mailed to:**

**PAE/2:11-cv-06659 Notice has been electronically mailed to:**

Lee B Balefsky lee.balefsky@klinespecter.com

Barbara R Binis bbinis@reedsmith.com

Louis W Schack lschack@reedsmith.com

Michelle L Tiger michelle.tiger@klinespecter.com

Thomas R Kline tom.kline@klinespecter.com

Bryan Frederick Aylstock baylstock@awkolaw.com, Jlindsey@awkolaw.com

JAMES DOUGLAS BARGER jbarger@awkolaw.com

**PAE/2:11-cv-06659 Notice will not be electronically mailed to:**

**PAE/2:11-cv-06653 Notice has been electronically mailed to:**

Lee B Balefsky lee.balefsky@klinespecter.com

Barbara R Binis bbinis@reedsmith.com

Louis W Schack lschack@reedsmith.com

Michelle L Tiger michelle.tiger@klinespecter.com

Thomas R Kline tom.kline@klinespecter.com

Bryan Frederick Aylstock baylstock@awkolaw.com, Jlindsey@awkolaw.com

JAMES DOUGLAS BARGER jbarger@awkolaw.com

**PAE/2:11-cv-06653 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=2/7/2012] [FileNumber=256440-0] [
2c3227fd758bf143b79c68c18943321573484d5be6ffb45811f9e9490311317cf7ccf0
46d8ba9cf62346f0efc80b270addff973451583390a92ff0c04b5fa3be]]